Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 2 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Case No. _____

(to be filled in by the Clerk's Office)

*Glystepennist Nod Rox*

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

LA22-CV-04314-CJC(PD)

Jury Trial: (check one) [ ] Yes [✓] No

-v-

*Title United States al American
DIVA Barrick Obama; U.S. Embassy
Cordlow; DOE S Service Clute Sf; Chrisa Day
Cleaning Cordlow Pimilieo; Adeline Homel Cordlow
et Mid - See AT Defendants*

Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

**TUCKERS SOLICITORS**

UNIT 180, CAMBERWELL BUSINESS CENTRE,
99-103 LOMOND GROVE, LONDON, SE5 7HN
☎ 020 7703 2324 FAX: 020 77085739

29 WARREN STREET LONDON W1T 6AF
☎ 020 73888333 FAX: 0845 3307268

| | | | |
|---|---|---|---|
| OUR REF: | FOX10099/00002/KEHOEC | DATE: | 04 February 2022 |
| YOUR REF: | | REPLY TO: | London Camberwell |

**Solicitors Letter - Rule 39 Applies**
Glynn Fox - A4442ET
HMP Wandsworth
PO Box 757
Heathfield Road
Wandsworth
London
SW18 3HS

Dear Glynn

RE:    **Your Case**
        **Southwark Crown Court**
        **Next Date of Attendance: 14/02/2022 at 10:00**

I attended an online legal visit this morning linked to HMP Wandsworth in order to start to take instructions from you with regard to your new case in which you are due to appear at Southwark Crown Court on the 14th February. I was told by the  Prison Officer in attendance that you had declined the visit but no reason was given to me.

Would you please telephone our office or write to me using the SAE I enclose to confirm whether or not you wish us to continue to act for you and if you do so wish I will book another visit ; if you do not wish us to act please would you confirm in writing.

Kind regards

**Carol Kehoe**
Tuckers Solicitors LLP
enc SAE

**WWW.TUCKERSSOLICITORS.COM**

"TUCKERS SOLICITORS" IS A TRADING NAME OF TUCKERS SOLICITORS LLP, A COMPANY AUTHORISED AND REGULATED BY
THE SOLICITORS REGULATION AUTHORITY NO 592449 AND REGISTERED IN ENGLAND AND WALES (REGISTERED NUMBER OC382272)
WE USE THE WORD "PARTNER" TO REFER TO A MEMBER OF THE LLP, OR AN EMPLOYEE OR CONSULTANT WITH EQUIVALENT STANDING AND QUALIFICATIONS
SERVICE IS NOT ACCEPTED BY E-MAIL OR FAX

MG11

## STATEMENT OF WITNESS

*(Criminal Procedure Rules, r. 16.2; Criminal Justice Act 1967, s. 9)*

URN

Statement of: Mr abu HASSAN
Age if under 18: Over 18
Occupation: Hotel manager

This statement is true to the best of my knowledge and belief and I make it knowing that, if it is tendered in evidence, I shall be liable to prosecution if I have wilfully stated in it, anything which I know to be false, or do not believe to be true.

Signature:
Date: 15 Jan 2022

This statement refers to the day myself and my colleague Darrius were assaulted on shift at my place of work Great Scotland Yard Hotel.

The persons involved in this incident are myself, Security member Darrius ill referrer to his as DARRIUSZ and an unknown male ill referrer to as MALE 1

This incident occurred at the Great Scotland Yard Hotel SW1A 2HN. This is a new hotel in Westminster which opened in 2019. The hotel was not busy at the time of the incident, there were very few people around.

On SATURDAY 15TH JANUARY 2022 at 2125 hours I was on shift in my position as hotel manager at Great Scotland Yard hotel. MALE 1 entered the hotel and approached me hotel reception desk. MALE 1 said to me I have luggage to collect from the hotel and preceded to hand me a valid luggage receipt to collect his luggage as he had previously dropped his luggage of at the hotel in the morning prior to his booked stay tomorrow. I retrieved MALE 1's luggage and gave it to him and he then says to me I have a room booked here for today. I looked in the system and saw he didn't have a booking for today but did have a booking for tomorrow. MALE 1 then says I need a booking for today and gives me a members card for the company and his visa credit card. After this I proceed to book him a room for today, the hotel system accepts the credit card and I give him to key to room 307. MALE 1 leaves the reception with his luggage and heads to his room.

Approximately 5 minutes later I noticed that MALE 1's credit card he had provided for payment had changed to declined by the hotel system. At this point I immediately head up to room 307 to inform MALE 1 he is required to correct his payment to continue his stay at the hotel or leave. I knock on the door 3 times with no response. MALE 1 then opens the door slightly and says what do you want? I inform his he needs to correct his payment. MALE 1 says "I don't have an card go away now, fuck off, fuck you." I responded I am not going to leave either you provide a card or you leave the hotel.
Immediately after MALE closes the door and I audibly hear the locks on the door hotel. I then radio security member DARRIUS to come and assist me. Approximately 3 minutes later DARRIUS arrives outside room 307.

I informed DARRIUSZ of the situation with MALE 1 that he is no longer permitted to stay at the hotel. We both decide to enter his room to confront him. We open the door and MALE 1 was in the bathroom inside the shower so myself and DARRIUSZ stand outside the shower so he saw us. MALE 1 was in the shower singing. MALE 1 sees us exits the shower and begins screaming at us. DARRIUSZ explains to him he needs to leave. MALE 1 responds by raising his voice loudly, screaming "You are fucking son a bitch" becoming very aggressive. We try to deescalate the situation with MALE 1.

Signature:

Signature Witnessed by:

1

RESTRICTED (when complete)

MG11C

Continuation of Statement of: Mr abu HASSAN

MALE 1 then throws a punch towards DARRIUSZ and hits him and DARRIUSZ falls to the ground, I raise hands, open palms towards MALE 1 pleading for him to stop. MALE punches me in the face in my right eye with so much force that I fall back and land on the bed. Immediately I stand up, DARRIUSZ remains on the floor and MALE 1 hits me again him my head on my left temple with so much force that I fall and hit the floor, I remember my head hurting intensely after this. I remain on the floor and DARRIUS stands up saying to me lets go and call the police. MALE 1 continues to shout expletives aggressively towards us I cant remember exactly what he was saying at this point. Next Myself and DARRIUSZ both leave the room rapidly without looking back at MALE 1 and the room door close as behind us with MALE 1 remaining inside.

Next I dial 999 for police assistance and waited for police arrival. We both go down to the lobby to await police DARRIUSZ goes to the CCTV room to watch the cameras to monitor the elevator and stairs for if MALE 1 decides to leave the hotel. DARRIUSZ comes to the hotel entrance and tells me MALE 1 is coming down the elevator now at this point police arrive and MALE 1 appears from the elevator and I see him get arrested by police.

I now go up to room 307 as I notice have lost my glasses and DARRIUSZ asked me to get his jacket and his work phone which he dropped in the room during the fight. I go up to the room and find my glasses broken which I had previously been wearing prior to MALE 1 fighting me, no body had permission to damage my glasses they are valued at £600 and are the brand Lacoste. I brought DARUOUSZ' jacket but his work phone was missing, DARRIOUSZ went up to room 307 to look for his work phone and it was not there. While in room 307 DARRIUSZ also noticed that both of our security radios dropped during the fight were submerged in the room 307 toilet now destroyed I believe them to have been put there by MALE 1. Police who attended searched MALE 1 and found DARRIUSZ' work phone in his luggage. I had no further contact with MALE 1 after this.

I would say the incident in room 307 when myself an DARRIUSZ confronted MALE 1 lasted approximately 30 minutes. I was directly next to MALE 1 and had physical contact with him during the incident. The visibility was clear and the room was well lit and there was no obstructions. I have never seen MALE 1 before today and I do not know him. I distinctly remember MALE 1 for having a beard and a large body. There is no errors or discrepancies in any first and subsequent accounts I have given to police in regards to this incident.

I would describe MALE 1 as white male, American accent, 175 cm tall, massive stocky build, dark short hair, unfriendly looking face, little beard, wearing a long coat jacket cream colour, long trousers.

PC ELLIS taken photos of my injuries and my broken glasses. I exhibit the photo taken of my right eye as AH/01. I exhibit the photo taken of my left temple on my head as AH/02. I exhibit the photo of my broken glasses which were damaged during the incident as AH/03.

Victim/Witness Personal Statement

The Victim/Witness Personal Statement Scheme has been explained to me and the following is what I wish to say about this crime. The information provided relates to my personal view of how it has affected me.

I suffer physically form the pain from the injuries I have sustained by the hands of MALE 1 punching me. I feel my legs cant carry me and that I am under very high pressure and that I may now lose my job for that and for

Witness Signature:

Signature Witnessed by:

Page 2 of 3
eStatement no AW-1000514-2022

RESTRICTED (when complete)

2

RESTRICTED (when complete)

MG11C

Continuation of Statement of: Mr abu HASSAN

giving MALE 1 a key without checking for proper payment, I never be in this situation before and I constantly think why has this happened and I have now lost my glasses.

Compensation for Glasses damaged pictured in AH/03

In the event of the conviction of the defendant/s I would request the opportunity to read my Victim Personal Statement out in person.

Witness Signature:

Signature Witnessed by:

Page 3 of 3
eStatement no AW-1000514-2022

RESTRICTED (when complete)

3

32

- If physical force and/or officer safety equipment was used during the incident/arrest, give a detailed description of the use (describe technique used) and the reasons for use. You must tell the custody officer and, if appropriate, consult the FME. State what first aid was given.
- If crime summons procedure was adopted rather than arrest, include reasons.
- Remember to produce your exhibits.

If you made or witnessed an arrest

- Record the words used to tell the person they were under arrest. The 'caution' is on page 2 (inside front cover).
    - Record the grounds.
    - Record the offence.
    - Record the necessity for arrest.
- Please remember to cover points to prove the offence for which arrested.

MERLIN PAC

Incidents/arrests involving a person under the age of 18

Is there a concern about the child/young person not achieving one or more of the 5 ECM key outcomes: Be Healthy; Stay Safe; Enjoy and Achieve; Making a positive contribution; Economic Well being.

[ ] Yes    [ ] No – No further action necessary

[ ] MERLIN PAC Ref. No. ......................................

[ ] MERLIN PAC threshold not met – Action taken to address concerns recorded in notes

**Supervisors:** To ensure that where MERLIN threshold has been met a MERLIN PAC has been created

33

## WITNESS STATEMENT

CJ Act 1967, s.9 MC Act 1980, ss EA2(3a) and SE, MC Rules 1981, r.70

Statement of   DARIUSZ   IGNACZAK

Age if under 18  O/18   (if over 18 insert 'over 18')

Occupation   SECURITY  TEAM  LEADER

This statement (consisting of  16  page(s) each signed by me) is true to the best of my knowledge and belief and I make it knowing that, if it is tendered in evidence, I shall be liable to prosecution if I have wilfully stated in it anything which I know to be false or do not believe to be true.

Date: 15/01/2022                Time: 01:19 hr

Signature X  _____

I wish to give a statement in relation to an incident of assault, theft and criminal damage that my colleagues and I were victim of on 14TH January 2022 at approximately Ø2:45hrs

In this statement I shall be referring to the person responsible for this. I would describe him as a white male aged around 45 - 50 years old of large build. He was around 175 - 180 cm 6 foot tall. I think he had dark hair worn in a pony tail. During the assault he was

Signature X  _____

4

Continued: Dariusz IGNACZAK                                    34

Noted later he was wearing a long
green coat I think he had jeans on
he was carrying a leather bag which
was brown it had a strap I don't think
it was all leather he also was
carrying I think a dark green carrier
bag. For the purposes of this statement
I shall refer to him as LARGE MALE
He spoke with what I think was an
AMERICAN accent
I shall also be referring to my
colleague ABU.
The incident took place at GREAT
SCOTLAND YARD HOTEL. The assault
took place in Room 302. The room
is fairly small the bed is on the
right hand side of the door. There
is an ensuite shower room at the
bottom of the bed - THE Hotel has
around 150 rooms I have worked
for the hotel as a Security Team
Leader since it opened 2 and a half
years ago.

Signature:   X _____

Continued: Dariusz IGNACZAK                                    25

On FRIDAY 14TH JANUARY 2022 I
was at work when I noticed LARGE
MALE on the Hotel Camera system
has attire caught my attention and
wasn't in keeping with the usual
clientele of the hotel. I spoke to
my colleague Abu here I saw my colleague
ABU talking to LARGE MALE who showed
him something and gave him some
ID or something. It appeared as though
he was suspicious guest so I paid
no more attention to him. Around
10 minutes later I was aware
ABU was on the lower floors I then
heard him say something over
the radio like "SORRY SIR YOUR CARD
HAS BEEN DECLINED" I could hear
Large male aggressively shouting and
swearing at ABU. ABU was outside
the room for about 5 minutes. I
then radioed ABU to ask what
was going on. He said something

Signature:   X _____

5

Continued.                    DARIUSZ  IGNACZAK                    36

like " GIVE ME A FEW MINUTES
I'LL CALL YOU LATER" I asked for
him to tell me what was going on
I was watching ABU on the camera.
ABU explained to me that the Mans
Card had been declined and that he
was in the room and wouldn't leave
And Could I go and help him. I
Called My manager and approached him
of the situation. I went up to room
307 to assist ABU. I knocked the
door and there was no reply. I
decided to let myself in Using key
PASS card to asiss him to either pay
for the room with a different card
or that he would have to leave.
when I opened the door I could not
see LARGE MALE the room smelt of
alcohol and I could see 4 bottles of wine
on the table and clothes strewn
across the floor. I looked towards the
bathroom and Could see that LARGE
MALE was in the shower. I showed

Signature: X _____

Continued.        DARIUSZ  IGNACZAK          37

As I couldn't see him in the
Shower I introduced myself and said
Something like "SIR I'm A SECURITY OFFICER
In The HOTEL, MY COLLEAGUE SAID THERE IS
SOME ISSUE with PAYMENT CAN YOU PLEASE
TALK TO US TO SOLVE THIS PROBLEM"
LARGE MALE was shouting Something like
"IF YOU CAN'T SEE IN MY ROOM I'M IN
THE SHOWER IF YOU DON'T LEAVE I
WILL FUCK YOU UP, I'll KNOCK YOU OUT
LEAVE YOU FUCKING NIGGERS" I
Said "SIR THERE IS NO NEED TO DO
THAT" LARGE MALE opened the door
and came flying out and attacked
me hitting me 3-4 times round
the face. He was using both fists. He
didn't seem to connect very well
I could taste blood in my mouth. I
tried to push him back and tried
to take him to the floor but he
was wet and I couldn't grab hold of him
as we were grappling I have felt him
put on finger into my right eye and

Signature: X _____

6

Continued... Dariusz IGNACZAK                    38

start to gouge my eye ink pull it
with his finger I couldn't see and there
was blood running into my eye. I
have hit his hand away I want to
walk out of the room as I was walking
away I saw them punch ABU at least
once ABU fell to the bed and then
the floor. ABU was trying to defend
himself. LARGE MALE was on top
of ABU or in front of him trying to hit
him and fist was fending him off with
his legs. I then got between the two
during the process where LARGE MALE
hit my eye gouged my jacket containing
my radio, (my phone only work phone)
and debit card had been pulled off. I
grabbed ABU and we left the room, I
asked ABU to call the police while I
was checking my eye, I waited
by the front door for police to arrive
I'd like to add that as we were
in the lby ABU collapsed to the
floor for a few seconds. When the

Signature: X _____

Continued... Dariusz IGNACZAK              39

police arrived I told them what had
happened. I had gone into the Security
office to get my ID to show Police I could
see LARGE MALE or the accused leave
the room. I went and told the police
in the lobby that LARGE MALE was being
arrested by Police. I said to Police
that there was stuff that had followed
of me in the room I needed to
check ABU went to check the room
and could only find my jacket and
ABU glasses which had been smashed.
I then went up to the room I had
a look round it was on the floor as
my bundle and have to search for the
items. I could see the battery of my
work phone in the shower room.
I searched everywhere eventually I find
the toilet and could see that my work
radio had been put in the toilet and
was completely submerged and broken.
I could not find my phone or my debit
card or the phone work phone

Signature: X _____

Continued: Darius Z Ignaczak                    40

I went back down to police and
Said that I cannot find the phones or
my debit card. I dialled my number
from a colleagues phone and it
rang inside Police MALE's leather
bag the police found both of the
phones and my debit card was in
his bag. LARGE MALE accused me
of putting these items in his bag. However
Police was then talking away. No one
has permission to assault me, take
my stuff or damage my stuff
This incident has left me feeling Scared
I thought I was going to lose my eye
and not be able to see again.

Signature... [signature]

List details of other officers/units in attendance (e.g. van driver, other reporting officers,
con section, ASU, etc):

CHARGING/REPORTING NOTES          41
PERSON 1

CHARGED/TOLD REPORTED       Time...           Date...
AND CAUTIONED —             Place...

OFFENCE(S) CHARGED/REPORTED...

PERSONS PRESENT...

REPLY...

RECORDED BY...

8

Continued: Dariusz IGNACZAK                    29

I don't go to work and expect to be
assaulted I was polite to Laros and
but he acted with such aggression
to ABU and I. I was really concerned
for ABUS safety and thought LAROS
MACE was going to hurt him badly.
I sent police pictures of my injuries/
the phone and the radio. I will be
able to produce as my exhibits:

D1/01 – EYE INJURY PICTURE
D1/02 – LEFT SIDE of FACE INJURY PICTURE
D1/03 – FACE AND NECK. INJURY
D1/04 – LEFT ELBOW INJURY
D1/05 – WORK PHONE DAMAGE
D1/06 – DAMAGED RADIO PICTURE

The Radio that was damaged is worth
around £400. The work Phone is
working.
The whole incident lasted around a
minute or So. My Visibility was ok the
lights were dimly on nothing was obstructing
my view. Nite the Clearest point

Signature X _____

Continued: Dariusz IGNACZAK            29
of the incident he was just was
away from me. I have never seen
Laros mace before. I am I would
recognise him again.
I fully support the Metropolitan Police
in any prosecution and am willing to
attend Court if necessary.

Signature: X _____

9

RESTRICTED (when complete)     MG11

## WITNESS STATEMENT

Criminal Procedure Rules, r 16.2; Criminal Justice Act 1967, s. 9

URN

Statement of: Gary CHANT

Age if under 18: OVER 18                    (if over 18 insert 'over 18')

Occupation:  Police Constable

This statement (consisting of 2 page(s) each signed by me) is true to the best of my knowledge and belief and I make it knowing that, if it is tendered in evidence, I shall be liable to prosecution if I have wilfully stated in it anything which I know to be false, or do not believe to be true.

Signature:  *Gary Chant PC 2893AW*  (witness)

Date: 25/11/2021

This statement relates to Assault on TWO (2) members of hotel staff. Theft of a TWO (2) mobile phones and Criminal Damage of the victims glasses and the hotel security radio.

I am PC CHANT 2893AW on FRIDAY 14th JANUARY 2022 I was on duty in full uniform and paraded from CHARING CROSS (CX) Police Station for Night shift. I was tasked to carry out patrols C/S AW 75N with PC2272AW.

At APPROX 22:25 HRS I responded to a call at GREAT SCOTLAND YARD HOTEL, 3-5 Great Scotland Yard, London, SW1A 2HN, CAD 7806/14JAN22 refers. Upon arriving at the scene we were met by a male I now know to be Mr IGNACZAK, the hotel security, and another male I now know to be Mr Abu HUSSAN, hotel manager. Both stated they had been assaulted by a male they had asked to leave and he was still up in his room. They both stated they wished to press charges. After receiving an account of what had happened, Mr IGNACZAK stated that the suspect was on his way down and was in the lift coming down to the lobby. We waited in front of the lifts for the male suspect, I now know to be Mr Glynn FOX.
We briefly spoke to Mr FOX and asked what had happened? Mr FOX stated words to the effect "that he was allowed to defend himself as the man had come into my room while I was naked and they tried to rape me. I am US citizen speak to my embassy." "You need to inform my embassy, I don't understand your English, I want an interpreter that speaks American English."

I stated words to the effect, "you are under arrest as allegations have been made that you assaulted TWO (2) members of staff. The necessity for the arrest is for a prompt and effective investigation, to prevent harm, prevent loss and to prevent disappearance. I must caution you, you do not have to say anything, but it may harm your defence, if you do not mention when questioned something that you later rely on in court, anything you do say, may be given in evidence." I asked Mr FOX to put both arms one above the other so I could place him in handcuffs in the front stack position.

My use of force, was Common Law, permits reasonable and proportionate force where necessary in self-defence or defence of another or to stop or prevent a breach of the peace.
Also Section 3 (1) Criminal Law Act 1967, States a person may use such force as is reasonable in the circumstances in the prevention of crime, or in effecting or assisting in the lawful arrest of offenders or suspected offenders or persons unlawfully at large.
Also, Section 117 PACE, Where any provisions of this act; A) confers a power upon a constable and B) does not provide that the power may only be exercised with the consent of some person other than a police officer the officer may use reasonable force if necessary in the exercise of the power.

I called for cell space and requested a unit to take statements and gather the evidence, also a van to transport Mr FOX to CHARING CROSS CUSTODY. Upon arrival of the van PC2679AW searched the bags belonging to Mr FOX under S.32 of PACE. While searching the security Guard, Mr IGNACZAK came down from the suspect's hotel room with the radio and stated that he had found this in the toilet. He also stated that he could not find his mobile phone. I borrowed a mobile and called it and Mr FOX's bag began to ring. PC2679AW located the ringing and found MR IGNACZAK's mobile phone, which was returned to him, along with the

RESTRICTED (when complete)

MG11

security mobile phone that was also found in Mr FOXS bag. I then further arrested Mr FOX for Theft of TWO (2) mobile phones and Criminal Damage relating to the radio and the broken glasses belonging to Mr Abu.

We left the hotel and arrived at CHARING CROSS Police Station at APPROX 23:15 HRS. I was given cell 6 at CHARING CROSS Police Station. Detention was authorised, custody number 01CX/288/22.

I exhibit my full BWV as GPC/01 – showing what we did at scene and arrest.

Signature:

Signature witnessed by:

11

URN:
01CW0532012



Initial Details Pros Case

17/01/2022

V1

Regina
v
Glynn FOX

CROWN PROSECUTION SERVICE

Regina
v
Glynn FOX

Charges

RESTRICTED (when complete)                    Form MG 4 Charges

## CHARGE(S)

| | | | | | |
|---|---|---|---|---|---|
| Surname | FOX | | Custody No. | 01CX | 288 | 22 |
| Forename(s) | Glynn | | First Arrest Date 14/01/2022 URN | 01CW/326/22 | |
| | | | Arrest Summons Number | 2201CX010000000288K | |

YO ☐                PYO ☐                PFO ☐

Address                 Station                Charing Cross Police Station

M ☒   F ☐        Date of Birth   13/10/1977

Ethnicity (16 - point) Other - Any Other Ethnic Group

Ethnic Appearance (PNC)    Asian

Interpreter language

Post code

Name of Interpreter

You are charged with the offence(s) shown below. You do not have to say anything. But it may harm your defence if you do not mention now something which you later rely on in court. Anything you do say may be given in evidence.

Sequential No.    Charge(s)

1    Criminal damage to property valued under £5000
On 14/01/2022 at London borough of Westminster without lawful excuse, damaged Personal Radio to the value of £600.00 belonging to Great Scotland Yard Hotel intending to destroy or damage such property or being reckless as to whether such property would be destroyed or damaged
CONTRARY TO SECTIONS 1(1) AND 4 OF THE CRIMINAL DAMAGE ACT 1971
H.O. 149/None Local None CJS CD71059

2    Racially / religiously aggravated common assault / beating
On 14/01/2022 at London Borough of Westminster assaulted Mr Abu HASSAN by beating and the offence was racially aggravated within the terms of section 28 of the Crime and Disorder Act 1998
CONTRARY TO SECTION 29(1)(C) AND (3) OF THE CRIME AND DISORDER ACT 1998.
H.O. 8/57 Local None CJS CD98070

3    Racially / religiously aggravated common assault / beating
On 14/01/2022 at London borough of Westminster assaulted Mr Darling IGNACZAK by beating and the offence was racially aggravated within the terms of section 28 of the Crime and Disorder Act 1998
CONTRARY TO SECTION 29(1)(C) AND (3) OF THE CRIME AND DISORDER ACT 1998.
H.O. 8/57 Local None CJS CD98070

| Reply (if any) | | | |
|---|---|---|---|
| Signed (person charged) | REFUSED | Signed (appropriate adult) | INCAPABLE |

| | | | | | |
|---|---|---|---|---|---|
| Officer charging | Surname  BEST | | Rank   PC | No.  P256359 |
| Station | AW - Central West Command Unit | | | |
| Officer in Case | Surname  BEST | | Rank/Job title  PC | No.  P256359 |
| Station | AW - Central West Command Unit | | | |
| Charge accepted | Surname  CATANACH | | Rank/Job title  PS | No.  P228735 |
| Time | 21:25 | Date  15/01/2022 | | |

**RESTRICTED (when complete)**                                    Form MG 4 Charges

## CONTINUATION / ADDITIONAL CHARGE(S)

| Surname and initials | FOX G. | | Custody No. | 01CX | 288 | 22 |
|---|---|---|---|---|---|---|
| | | | URN | 01CW/326/22 | | |

You are charged with the offence(s) shown below. You do not have to say anything. But it may harm your defence if you do not mention now something which you later rely on in court. Anything you do say may be given in evidence

| Sequential No. | Charge(s) |
|---|---|
| 4 | Theft from the person of another |
| | On 14/01/2022 at London Borough of Westminster stole a mobile phone and a bank card , of a value unknown, belonging to Mr Dariusz IGNACZAK. |
| | CONTRARY TO SECTION 1(1) AND 7 OF THE THEFT ACT 1968. |
| | H.O. 39/None Local None CJS TH68001 |
| 5 | Assault by beating |
| | On 14/01/2022 at London borough of Westminster assaulted Mr Abu HASSAN by beating him |
| | CONTRARY TO SECTION 39 OF THE CRIMINAL JUSTICE ACT 1988. |
| | H.O. 105/1 Local None CJS CJ88116 |
| 6 | Assault by beating |
| | On 14/01/2022 at London Borough Of Westminster assaulted Mr Dariusz IGNACZAK by beating him |
| | CONTRARY TO SECTION 39 OF THE CRIMINAL JUSTICE ACT 1988. |
| | H.O. 105/1 Local None CJS CJ88116 |

| Reply (if any) | | | |
|---|---|---|---|
| Signed (person charged) | REFUSED | Signed (appropriate adult) | INCAPABLE |

| | | | | | |
|---|---|---|---|---|---|
| Officer charging | Surname  BEST | | Rank   PC | No. | P256359 |
| Station | AW - Central West Command Unit | | | | |
| Officer In Case | Surname  BEST | | Rank/Job title  PC | No. | P256359 |
| Station | AW - Central West Command Unit | | | | |
| Charge accepted | Surname  CATANACH | | Rank/Job title  PS | No. | P228735 |
| Time | 21:25 | Date  15/01/2022 | | | |

Page 2 of 2

# CROWN PROSECUTION SERVICE

Regina
v
Glynn FOX

## Case Summary

MG5

## RESTRICTED (WHEN COMPLETE)

### Case file summary - Police report (OIC to complete)

URN: 01CW/00326/22

#### DEFENDANT

#### FOX, Glynn

| Surname | FOX | Forename(s) | Glynn |
|---|---|---|---|
| Date of birth | 13/10/1977 | Youth | No |
| Gender | Male | Prior convictions/cautions | Yes |
| Ethnicity | 4. Asian | Self-defined ethnicity | O9. Other - Any Other Ethnic Group |
| Primary language | English | Interpreter needed? | No |
| Domestic abuse | No | CSU risk assessment | - Not applicable - |
| Anticipated plea | Not guilty | | |

#### DIP TESTING

| Test carried out? | Not required |
|---|---|

#### ALCOHOL ABSTINENCE MONITORING

| Was the defendant's consumption of alcohol a component that appeared to contribute to the offence? | No |
|---|---|

#### OFFENCES

| Offence 1 | CD71039 - Criminal damage to property valued under £5000 | | |
|---|---|---|---|
| Date | On 14/01/2022 | Victim | Great Scotland Yard Hotel |
| Location | 3-5 Great Scotland Yard Hotel | | |
| Offence 2 | CD98070 - Racially / religiously aggravated common assault / beating | | |
| Date | On 14/01/2022 | Victim | Abu HASSAN |
| Location | Borough of Westminster | | |
| Offence 3 | CD98070 - Racially / religiously aggravated common assault / beating | | |
| Date | On 14/01/2022 | Victim | Dariusz IGNACZAK |
| Location | London Borough of Westminster | | |
| Offence 4 | TH68001 - Theft from the person of another | | |
| Date | On 14/01/2022 | Victim | Dariusz IGNACZAK |
| Location | London Borough of Westminster | | |
| Offence 5 | CJ88116 - Assault by beating | | |
| Date | On 14/01/2022 | Victim | Abu Hassan |
| Location | London Borough of Westminster | | |
| Offence 6 | CJ88116 - Assault by beating | | |
| Date | On 14/01/2022 | Victim | Dariusz IGNACZAK |
| Location | London Borough of Westminster | | |

## FACTS OF OFFENCE

| In which borough did this offence occur? | Westminster |
|---|---|

**THIS IS A CASE OF**

Two counts of racially aggravated common assault, one count of theft, one count of criminal damage and two counts of assault by beating.

**SUSPECT**
First name: Glynn
Surname: FOX
DOB: 33/10/1997
Gender: MALE

**LOCATION**

Incident occurred in 3 - 5 GREAT SCOTLAND YARD, SW1A in ROOM 307.

**CIRCUMSTANCES**

On FRIDAY14th JANUARY 2022 at 2225HRS Police received a call regarding an assault at 3 - 5 GREAT SCOTLAND YARD. The premises is a hotel. On police arrival IGNACZAK (security) was spoken to and appeared to have a cut under his eye. He informed police that FOX had checked in to the hotel but payment had failed. HASSAN (hotel manager) has then gone to the room to inform FOX that the payment had been declined and that he needed to try paying with another card. FOX has then shouted at HASSAN through the door of the hotel room aggressively.

HASSAN has then called IGNACZAK who is a security guard at the hotel to assist. Both IGNACZAK and HASSAN have then entered the hotel room to speak with FOX regarding payment. FOX was in the shower when they entered the hotel room. FOX was angry at the fact both IGNACZAK and entered the room whilst he was in the shower and stated 'YOU CAN'T BE IN MY ROOM I'M IN THE SHOWER, IF YOU DON'T LEAVE I WILL FUCK YOU UP', I'LL KNOCK YOU OUT LEAVE YOU FUCKING NIGGERS'. FOX has then punched IGNACZAK 3-4 times in the face. They have then fallen to the floor in a struggle and FOX has pushed his finger in to his eye. IGNACZAK has left the room FOX has then punched HASSAN in the face damaging his glasses.

As officer's arrived on scene FOX was exiting the hotel but was intercepted by officers. At this point IGNACZAK has informed officer that his radio, phone and bank card had fallen from his pockets during the struggle. IGNACZAK then went to retrieve the items and discovered that his radio had been submerged in the toilet. He could not find his phone or bank card in the room.

During S32 Search of FOX the phone and bank card belonging to IGNACZAK was found in FOX's bag. Stolen property returned to owner. A further phone was also found in the bag belonging to the hotel which was returned.

FOX stated after arrest for theft that "THEY PUT THE PHONE IN MY BAG".

FOX arrested for criminal damage, Assault and theft.

AH/03 - HASSAN damaged glasses - £600 worth of damage.
DI/06 - IGNACZAK broken work radio worth £400.
Hassan's work radio was also damaged and is worth approximately £400.
DI/-5 - IGNACZAK IPhone damage worth approximately £30.

## DEFENDANT INTERVIEW

| Has the defendant been interviewed? | Yes |
|---|---|

## GLYNN FOX (15/01/2021 @ 11:35)

| Interviewee | Glynn FOX | Date | 15/01/2021 |
|---|---|---|---|
| Interviewing officer | NICHOLAS ROBINSON BAKER | Start | 11:35 |

| Location | CX | End | 11:59 |
|---|---|---|---|
| Interview tape/disc served | Yes | No comment | No |
| Prepared statement read | No | | |
| Shown CCTV? | No | Shown BWV? | No |

### SUMMARY

ASSAULT VICTIM 1 security guard

You have been arrested for Actual Bodily Harm, Theft and Criminal damage. Can you explain to me in your own words what has happened prior to your arrest?

1. Q: Did you assault the victim?

A: Went to the hotel at around 11am, came back to check in with my credit cards and ID, got into the shower and the guys came to the room, spoke to them then i went back into the shower i needed to wash all the soap off. i then came out of the shower and seen two guys in my room, i told them to leave the area absolutely no racial slurs. this person potentially i tried to hurt me or rape me. i went to get my things and i got changed and left the hotel. This was when i was arrested.

2. Had you consumed any alcohol prior to this incident?
i had a glass of wine about 4/5 hours before

3. Where did the assault take place
In my room

4. Did you see any injuries after the assault
Like i said i didn't know, i was in a room which i paid for with my own credit card

5. Did you cause injuries to the victim
Not that i am aware of, i am not their medical doctor. i don't know them well enough to make these medical assumptions

6. Did you assault the security guard and the hotel manager
No i protected myself as i was naked in the shower, i will make it clear i am not a homosexual

7. Where you aware of the injuries that you caused

NO

8. How did you assault the victim
i didn't assault the victim, i came out of the shower with my penis swaying back and fourth

9. Did you physically hit the victim
not at all

10. What did you use to hit the victim
i didn't hit them with anything, i didn't assault them

THEFT QUESTIONS -- theft x2 bank card and phone

1. Do you know what you are accused of?
Not particularly, i don't know the two gentlemen

2. Why do you think you were accused of this offence?
i have no idea

3. What are the items involved in the theft that you were arrested for?
i wouldn't know what they were, they could have come from a bar and jumped in my room

4. How much money did you have on your person at the time of arrest?
Just my plastic credit cards with about £500 pound on them

5. Can you explain to us why you were found with the victim's phone and bank card in your bag?
They could have put anything in my bag whilst i was in the shower, they could have done anything

6. What were you planning to do with the phone and the bank card when you were departing the hotel?
They could have put those in there

7. Did you intentionally take these items with the intent to permanently deprive the person of these?
I did not take anything intentionally, I did not take anything at all

Q The victim stated that once he left your room he noticed he had lost his phone bank card and radio due to the assault. So how did he put these items in your bag?
Is the Motorola radio of value?
I would have taken it with me, i have no agenda, they where sitting on my bed watching me take a shower

CRIMINAL DAMAGE X2 glasses of manager and radio of security guard

1. Do you know what you have been accused of?
whatever he is saying with his glasses i am not sure

2. Why did you damage?
i didn't damage these items

3. How did you damage?
i didn't so don't know

4. Whose property was it that you damaged?
i have no idea , i don't know them period so no idea

5. Do you know the person?
No I do not

6. Where your action reasonable?
To protect my body naked, whatever happens is for a court to decide, i am not involved

7. Did you intend to cause the damage or was it an accident?
Like I said i didn't cause any damage

8. Are you aware that it is a criminal offence to cause criminal damage to property not belonging to you?
I am sure it is

Racially aggravated public order

You have been further arrested on suspicion of racially aggravated public order, where the victim has come forward stating that you made a comment including their race in to the equation

He has stated that you said

"You can't be in my room I am in the shower, if you don't leave I will fuck you up, ill knock you out, leave you fucking niggers"

Q. Did you make this statement?
No i was in the shower, i didn't make any racial comments

Q. Did you make this statement to insult the victim?

No i was in the shower, i didn't make any racial comments

Q. Did you intend to cause distress by making this comment?

No i was in the shower, i didn't make any racial comments

Q. Do you remember making this comment?
I didn't say anything that i remember

Q. Are you are that it is an offence to cause racially aggravated public order?
Maybe i am, not sure

## WITNESSES

### KEY WITNESSES

#### WITNESS : ABU HASSAN | | VICTIM

| Surname | HASSAN | Forename(s) | | Abu |
|---------|--------|-------------|--|-----|
| Role | Hotel Manager | Provides expert or scientific evidence? | | No |
| Evidence | Victim has provided an MG11 and has exhibited his injuries. Photos attached. | | | |

#### SECURITY GUARD : DARIUSZ IGNACZAK | | VICTIM

| Surname | IGNACZAK | Forename(s) | | Dariusz |
|---------|----------|-------------|--|---------|
| Role | Security guard | Provides expert or scientific evidence? | | No |
| Evidence | Victim has provided MG11 and exhibited his injuries. | | | |

#### ARRESTING OFFICER : GARY CHANT

| Surname | CHANT | Forename(s) | | Gary |
|---------|-------|-------------|--|------|
| Role | Arresting officer | Warrant number | | p255308 |
| Evidence | MG11 arrest notes and details the finding of stolen items. | | | |

#### WITNESSING OFFICER : JACK LOBB

| Surname | LOBB | Forename(s) | | Jack |
|---------|------|-------------|--|------|
| Role | Witnessing officer | Warrant number | | 257471 |
| Evidence | MG11 regarding finding of phone. | | | |

#### WITNESSING OFFICER : NICHOLAS ROBINSON BAKER

| Surname | ROBINSON BAKER | Forename(s) | | Nicholas |
|---------|----------------|-------------|--|----------|
| Role | Witnessing officer | Warrant number | | p253316 |
| Evidence | I was the officer that further arrested the suspect for Racially aggravated public order . I arrested him on the 15/01/2022 at 11:43 prior to conducting his interview. | | | |

### CORROBORATIVE WITNESSES

None

### NON-KEY WITNESSES

## OTHER EVIDENCE

| Is other evidence available? | Yes |
|---|---|

### EVIDENCE: OTHER

| Is key? | No | | In Police possession? | Yes |
|---|---|---|---|---|
| Description | | | | |

REASONABLE LINES OF ENQUIRY

Enquiries conducted & results
- Victim MG11 from HASSAN exhibiting the damaged glasses and photo's of injuries.
- Photographic evidence of injuries secured.
- MG11 from attending officers who found the stolen phone and card in suspect's bag.

Enquiries ongoing & timescale for results
- Medical evidence from GP - if victims went to hospital.
- CCTV to be obtained on the 18/01/2022.

Enquiries not being pursued (with rationale)
- No identified reasonable line of enquiry has not been pursued.

### EVIDENCE: OTHER

| Is key? | No | | In Police possession? | Yes |
|---|---|---|---|---|
| Description | | | | |

PRESUMED DISCLOSABLE MATERIAL

Records which are derived from tapes or recordings of telephone messages (for example 999 calls) containing descriptions of an alleged offence or offender

Title: Computer Aided Despatch (CAD) 7809/14JAN21
Rationale: The contents of the CAD are consistent with the caller's later witness statement and the prosecution case as a whole. There is nothing in the CAD reasonably capable of assisting the defence case.
Schedule: MG6C, ITEM 2

Any incident logs relating to the allegation

There are no further incident logs in this case (the log relating to the initial 999 call is included above).

Contemporaneous records of the incident
The defendant's custody record or voluntary attendance record:

Title: Custody Record 01CX/288/22
Rationale: The custody record shows a PACE compliant arrest and detention. There are no entries on the record that are undermine the prosecution case and none that can be reasonably considered capable of assisting any defence case.
Schedule: MG6C, ITEM 9

Any previous accounts made by a complainant or by any other witnesses:

Title: 999 recording - Digital audio recording of 999 call made by HASSAN
Rationale: The account provided by the witness during the 999 call is entirely consistent with the witness statement later provided and the prosecution case as a whole. There is nothing in it reasonable capable of assisting the defence.
Schedule: MG6C, ITEM 10

**WITNESSING OFFICER : LOUIS LANGFORD**

| Surname | LANGFORD | Forename(s) | Louis |
|---|---|---|---|
| Role | Witnessing officer | Warrant number | 259174 |
| Evidence | None | | |

**CCTV**

| Is CCTV available? | | No |
|---|---|---|
| Reason not available | | |
| CCTV to be provided at a later date. | | |

**BWV**

| Is BWV available? | | Yes |
|---|---|---|

**PC CHANT P255308 ARREST OF FOX/**

| Title/Summary - include officer name & warrant number | PC CHANT p255308 Arrest of FOX/ |
|---|---|
| Is it key/impactive evidence? | Yes |
| Clip duration | 09:50 |
| Exhibit number | GPC/01 |
| Describe in detail what it shows.This information will be sent to CPS on MG0-MME - Check History Comms section to view | |
| Full BWV of the arrest of CHANT for multiple offences. | |

**PC LOBB P257471**

| Title/Summary - include officer name & warrant number | PC LOBB p257471 |
|---|---|
| Is it key/impactive evidence? | Yes |
| Clip duration | 06:03 |
| Exhibit number | JAL/01 |
| Describe in detail what it shows.This information will be sent to CPS on MG0-MME - Check History Comms section to view | |
| Finding of phone and bank card | |

**PC GARY CHANT P255308**

| Title/Summary - include officer name & warrant number | PC GARY CHANT p255308 |
|---|---|
| Is it key/impactive evidence? | Yes |
| Clip duration | 04:38 |
| Exhibit number | LRL/01 |
| Describe in detail what it shows.This information will be sent to CPS on MG0-MME - Check History Comms section to view | |
| Footage of phone ringing in GLYNN's bag. | |

**BOX MEDIA EVIDENCE - SHARING WITH CPS**

| Is Box media evidence available? | | No |
|---|---|---|

## Declaration (Disclosure officer to complete)

| DECLARATIONS | |
|---|---|
| I have reviewed the MG5 and the material contained therein and certify that it is suitable for release to the defence and court. | Yes |
| I have considered all the material in my possession at this stage. | Yes |
| Is there any material that could undermine the prosecution case or assist the defence including the making of a bail application? | No |

| SIGNATURE | | | |
|---|---|---|---|
| Disclosure officer name | Alexander Best | Date | 15/01/2022 |

## Contact details

### OFFICER IN CASE

| Name | Alexander Best | Warrant number | p256359 |
|---|---|---|---|
| Phone | | Email | Alexander.Best@met.police.uk |
| Branch | AW - Central West Command Unit | Station | KILBURN POLICE STATION, 38 SALUSBURY RD, KILBURN |

### SUPERVISOR

| Name | Michael Bagnall | Warrant number | p240100 |
|---|---|---|---|
| Phone | | Email | Michael.Bagnall@met.police.uk |
| Branch | AW - Central West Command Unit | Station | CHARING CROSS POLICE STATION, AGAR STREET, LONDON |

### LINE MANAGER

| Name | Kristian Marshman | Warrant number | p207810 |
|---|---|---|---|
| Phone | | Email | Kristian.T.Marshman@met.police.uk |
| Branch | AW - Central West Command Unit | Station | KILBURN POLICE STATION, 38 SALUSBURY RD, KILBURN |

Interview records

There are no interview records that fit into this category. An interview record has been included on the MG6E.

## EVIDENCE: OTHER

| Is key? | No | In Police possession? | Yes |
|---|---|---|---|

| Description | |
|---|---|

UNUSED MATERIAL ASSESSMENT

Material the OiC has inspected or reviewed

- BWV Parent file - GPC/01 - PC CHANT - Total length of 26 mins and 07 seconds. - This covers the initial allegation by both victims, the initial account by the suspect and then his arrest for ABH. It then covers the further arrest for theft of two mobile phones and criminal damage to glasses and 2 radios.

- BWV Parent File - JAL/01 - PC LOBB - Total Length of 18 mins 06 seconds - This covers the initial allegation by both victims, the initial account by the suspect and then his arrest for ABH. It then covers the further arrest for theft of two mobile phones and criminal damage to glasses and 2 radios. It covers the finding of the mobile phones in the bag.

Material we have, but have not reviewed

None.

Material we could reasonably obtain

There is no 3rd party material in this case that can be reasonably expected to meet the disclosure test.

## INJURIES

| Were any injuries suffered? | | | Yes |
|---|---|---|---|

| Name | Dariusz IGNACZAK | Is medical evidence available? | Yes |
|---|---|---|---|
| Role | Victim | | |
| Description | Victim has suffered cuts to the face, back of the neck and elbow. | | |

| Name | Abu HASSAN | Is medical evidence available? | Yes |
|---|---|---|---|
| Role | Victim | | |
| Description | Victim has suffered cuts to below his eye and on his ear. Glasses broken. | | |

## ORDERS ON CONVICTION

| Any orders and/or compensation on conviction? | | No |
|---|---|---|

# STATEMENT/EVIDENCE LIST

URN: 01CW0032622

Regina
v
Glynn FOX

| No | Statement(s), deposition(s) and document(s) (other than exhibits) | Statement Date | Page |
|----|------------------------------------------------------------------|----------------|------|
| 1 | Abu HASSAN | 14/01/2022 | 1-3 |
| 2 | Dariusz IGNACZAK | 15/01/2022 | 4-9 |
| 3 | Gary CHANT | 15/01/2022 | 10-11 |

3 individual witnesses have been identified from the list above.

# CROWN PROSECUTION SERVICE

Regina
v
Glynn FOX

## Key Witness Statements

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name *Glyn Donald Von Pop*

Address *The Bulgari Hotel, 171 Knightsbridge*
*London          United Kingdom*
     *City*    *State*   *Zip Code*

County *Greater London   SW7 2DW*

Telephone Number

E-Mail Address *gvPop@gsu.edu*

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name *The United States of America*

Job or Title *(if known)* *Government*

Address *1600 pennsylvania Ave N.W.*
*Washington D.C    D.C.    20505*
     *City*    *State*   *Zip Code*

County *District of Columbia*

Telephone Number

E-Mail Address *(if known)* *gvPop@ ~~~~ .ak*

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

Name *Barrarck Obama*

Job or Title *(if known)* *former president of The U.S.A*

Address *1600 pennsylvania Ave N.W.*
*Washington D.C    D.C.    20505*
     *City*    *State*   *Zip Code*

County *District of Columbia*

Telephone Number

E-Mail Address *(if known)* *gvPop@ ~~~~ .ak*

☐ Individual capacity   ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name — United States Embassy London
Job or Title *(if known)* — Government
Address — 33 Nine Elms Lane

London    U.K.    SW11 7US
*City*    *State*    *Zip Code*

County — Greater London
Telephone Number — (44) (0) 20 7499-9000
E-Mail Address *(if known)* — ~~support.ausunclondon/us@~~

☐ Individual capacity    ☑ Official capacity

Defendant No. 4
Name
Job or Title *(if known)* — Mr Scotland Yard Home
Address

London    U.K.
*City*    *State*    *Zip Code*

County — Greater London
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Appendix A

1) Relisto Judicial Organization
DBA THR STATR of S.C.

2) Santrr (Santr) Judicial Organization
DBA THR STATR of S.C.

3) THR STATR of South Carolina DBA
Michael Slatr & Dylan Roof Cases
(THR Treaty of Paris of 1787)

4) THR STATR of California

5) THR STATR of Florida

6) THR STATR of New York

7) THR STATR of Massachusetts

8) THR STATR of Nevada

9) THR STATR of Arizona

10) SR Jonathan Batr (DBA)
DBA Arizona Statr University

11) THR STATR of Georgia

12) THR STATR of North Carolina

13) THR European Union
Case No. R02BT052 DBA THR
Country of Poland Covid-19
Quarantine Hemp Technicularter 123-14

14) THR STATR of Nebraska

15) THR STATR of Virginia AKA
THR Commonwealth of Virginia

16) THR STATR of Oregon

17) THR College of Charleston

18) (American Blazier of Savage —
Law firm DBA Thr United
States of America.

19) Glystel Austed Fox —
(Pacifs Party Deceased —
father in South Carolina
1979 or 50)

20) Maxwell Ghislaine —
(United States vs. Epstein)

21) Jeffrey Epstein —
(U.S. vs. Epstein)

22) Venessia Giffre

23) THR STATR of Texas

24) Roger & Pope Optics

25) Ralph Lauren (purple label)

26) Theralt Technical
College

27) Tucker Solicitors —
DBA THR United States
of America (Reconstruction
Act)

28) Abu Hassan

29) Dulburz Byjnezuk

30) Gary Chunt

31) PC Alexander Brst

32) PS Cattanfells

33) Necholas Nichardson-Bakker

34) Michael Bagshaw

35) Kristen Marshmard

36) Dalton, Holmes & Gray
(Reconstruction Act)

37) THR STATR of
Pennsylvania.

When writing to Members of Parliament please give your previous home address in order to avoid delays in your case being taken up by the M.P.

**In replying to this letter, please write on the envelope:**

Number ...A4442Re T...... Name ...Glydd...Esk...(use)

Wing ..K.2-06...Use...Perigent...# ...1.26.57.2.4.12.5. 4/28/32....

VE004 (F243)

Appendix to Court,

38) The Bloc Hotel Gatwick

39) Charing Cross Metropolitan Police Station

40) Sispro (Charing Cross Metropolitan Police Station)

41) Four Seasons Hotel Beverley (Beverly) Hills California

42) Four Seasons Hotel Tower Hill Residences, London, UK

43) Four Seasons Hotel Park Lane, London, UK
Does The United Kingdom regarding Brexit Movement of
The Mercedes — Benz Corporation of Germany.

44) Abusals, London, United Kingdom (UK)

When writing to Members of Parliament please give your previous home address in order to avoid delays in your case being taken up by the M.P.

**In replying to this letter, please write on the envelope:**

Number ...A-Y-Y-Y-Z-6-T............Name ...Rychll...fre...C.us.)...

Wing ...B2-33...Un...Pasp.ul...#.s...26537...Cffc...s'...Yp-84729

VF004 (F243)

Appendix A Cont.

45) Waitrose & Partners in the

46) Sainsbury's Holborn

47) Coop Grocery chain, Cross

48) Tesco Grocery in the U.K.

49) Iceland Grocery in the U.K.

50) M & S Grocery in the U.K.

51) Morrison's in the U.K.

52) LIDL in the U.K.

53) Harrods in the U.K.

54) Selfridges in the U.K.

55) ASDA in the U.K.

56) Macmorsal, Oxford, UK Hotel

57) Pret-A-Manger UK

58) Charles Parnell III at SfC (Schubert Wesrell)

59) Next Communicated on S.C.

60) Mandarin Pavillion Hotel (Small luxury Hotels in the World)

61) Communicated Country Trustees

62) CPS Judicial Suit cover (Trustees Solicitors)

Appendix A Cont.

45) Waitrose ; partisans in The

46) Sainsbury's Holborn

47) Coop Grocery chain, Cross

48) Tesco Grocery in The U.K.

49) Reulated Grocery in The U.K.

50) M & S Grocery in The U.K.

51) Morrisons in The U.K.

52) Lidl in The U.K.

54) Selbreosky at The U.K.

55) ASDA at The UK

56) Macmeasaf, oxford, UK Hotel

57) Pret-A-Manger UK

58) Charles Portwick III of S.C (Scanyett Whessad)

59) Next Commercstal at S.C.

60) Market Pavillion Hotel (Small luxury Hotels of the World)

61) Commercstal Country Producers

When writing to Members of Parliament please give your previous home
address in order to avoid delays in your case being taken up by the M.P.

**In replying to this letter, please write on the envelope:**

Number ......A4494BLET...... Name ...Gilgild Rax..............

Wing ...B2—33...Use th [Tq£23,2.84r,§ 4&84,749

VF004 (P243)

63) Dorchester County STITCHER
(Semiprudestia Questing with
Justice Ruth Brown Ginsburg's
ethics under SCOTUS Rule)

64) The Country or Israel

65) The Country or SOUTH AFRICA

66) The Country or BRAZIL

67) The Country or Trinidad & Tobago
Regarding Kirkland Nick Harrassment
while taking Insulin with Threats or
Threats, threats or Fidel Amory or
Butcher or City or Charleston Police Department
68) The Country or JAPAN

69) The Country or UKRAINE
DBA The Treaty or Paris 1783
with threats while at Hmp
Wandsworth during trial period at
Wood Green Crown Court & The
Southwark Crown Court.

70) The Country or Kurdistan

71) The Country or Portugal

72) United Artists or
New York

73) The Country or Switzerland

74) ASAP Rocky Aka
(ASAP Rocky) Dbat
The Country or Switzerland

75) City or Charleston
Aka The City or Charleston
Police Departments

76) Democratic Party or
The United States or
America

77) Order or Dual Bingos
Dbat State or South
Carolina

78) Order or The
British Empire Dbat
State or Arizona

When writing to Members of Parliament please give your previous home address in order to avoid delays in your case being taken up by the M.P.

**In replying to this letter, please write on the envelope:**

Number ...A-444046...........Name ...Gary.Mc.....Fee....

Wing .....B2-38....usn#....576337405....—

79) Charter's of London (UK)

80) SHR - Extrajudicial of Licensed Mineral Comparison Service.

81) HSBC

82) JP Morgan VRSA

83) The Mirrasct Corporation

84) Bank of America of the U.K.

85) Wells Fargo of the U.K.

86) HMP Wandsworth DBA The Treaty of Paris of 1783 WdW 604, WdW 307, WdW 808, WdW 788,

87) HMP Wandsworth Badges WdW 370 Holding Area Room B1-37

88) HMP Wandsworth Holding Area B3-14 DBA European Union Country of Poland regarding Covid-19 Quarantine as soul-positive.

89) Ruth C. Werner DBA South Carolina Judicial Department (SCOTUS 18-8471)

90) The Country of Australia DBA The Treaty of Paris 1783 (South Atlantic Case with Salisbury)

91) The Country of Rwanda Regarding Australian Citizen actors vs Metropolitan police officer during Julian Assange/U.S. Extradition Hearing's appeal

92) The Country of Jamaica DBA Youl-Sole Corporation regarding Wester United tree like for Research of Jamaicans VFSA Admiralty to Petition #324 with Bureau of Indian Affairs.

93) The Country of Italy DBA The United Kingdom ASC# 5337788 & The United States of America (Iceinland-Live)

94) The United States VS. Robert Edward Edwards Snowden

95) Aleksa Sacoolas VIC views BBC.

When writing to Members of Parliament please give your previous home address in order to avoid delays in your case being taken up by the M.P.

**In replying to this letter, please write on the envelope:**

Number ...MHY4L2ET... Name ...Rlyshl Pac...

Wing ...82–33... Usa #F 76857 488...

VT004 (P245)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   *12ᵈᵈ of February 2022 (2/2/2022) (Feb. 2ⁿᵈ 2022)*

Signature of Plaintiff

Printed Name of Plaintiff   *Glydeldavid Ved Pop (MSC # 5377211, #74902; #70581 [U.K./U.S. positum Arthur Door.] USA Passport # U.S.A #576937488 & 48084719*

### B.   For Attorneys

Date of signing:   *Pro Se*

Signature of Attorney

Printed Name of Attorney

Bar Number   *N/A*

Name of Law Firm

Address   *N/A*                    *N/A*

                City          State        Zip Code

Telephone Number   *N/A*

E-mail Address

Page 6 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

*All U.S. Constitutional Human Rights*  ⟸

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

*London, United Kingdom; The House address ASC #5377788; Europcar Wind Point London, United Kingdom; Wood Green Crown Court; Southwark Crown Court; UK Immigration; Becketts House @ Home Office; Withern; Asylum House; Scotland Yard Home; The Bulcora House London; The Rochester Square Home; The Tudor Ish Home; The City of London; The City of Westminster; Kensed, by The City of Richmond; The Metropolitan Police.*

B.  What date and approximate time did the events giving rise to your claim(s) occur?

*23 August 2019 until The present Day.*

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*The following Court Cases in The United Kingdom: R02BT092; ASC #5377788 (# F30155713/ UKI Home Office reference No 3; U.K. Court No: 012101278458;*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. *Homelessness as a Highly decorated USMC Special operations Combat Veteran from Kuwait, Bosnia, & Croatia while The William Clinton Administration; Diabetic mis-Cares regularly, Walked extreme long distances; Hear/d, & Coved-19 Mask required why too long at all times of day; Night Cavity, Asthma; Stolen insulin, eyeglasses, Needed Clothing for Winter months; Stolen shoes purchased at Harrods, Street Walking when clearly long Walks; Foot damage from Walking long distances; Eating foreign Foods with No choice of American Foods for months; No Cultural Food Products Rice Grits White tail deer meat, fish from Semi-tropical Waters as a Federal / State recognized Shrine Americans & University Students... also No Forwarded Mail for Callsite Studies; No Ploste Communication or Stamped International Mail.*

## V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims. *533778X (UK) Homeless Combat Veteran Status (U.S.A.) Under UK & Special political Asylum request, Body damage to Health & Body, Natural or Expense or all Human Right Clothing listed to Southernwalk County Court under UK money Claim under Court Causes listed, Normen United Status or Americas Standard of Transport from Charleston, S.C. Birthplace or a State/Federal recognized Shrine Americans from Paper-Work or U.S. Supreme Court Writ of Certiorari 18-8471; Individual Justice Submission to The Late Ruth Bader Ginsburg; Required United Court Case Nos. RO2B70Z6 at The Royal Courts of Justice, Thomas Moore Court Bldg, of City or London, Strand, United Kingdom, Access all Applicable United States Civil Rights; Shrine Americans Hurity Access.*

# CROWN PROSECUTION SERVICE

Regina
v
Glynn FOX

## Key Exhibits

RESTRICTED (when complete)

MG11

security mobile phone that was also found in Mr FOXS bag. I then further arrested Mr FOX for Theft of TWO (2) mobile phones and Criminal Damage relating to the radio and the broken glasses belonging to Mr Abu.

We left the hotel and arrived at CHARING CROSS Police Station at APPROX 23:15 HRS. I was given cell 6 at CHARING CROSS Police Station. Detention was authorised, custody number 01CX/288/22.

I exhibit my full BWV as GPC/01 – showing what we did at scene and arrest.

Signature:

Signature witnessed by:

11

RESTRICTED (when complete)

MG11

# WITNESS STATEMENT

Criminal Procedure Rules, r 16.2; Criminal Justice Act 1967, s. 9

URN

Statement of: Gary CHANT

Age if under 18: OVER 18                                    (if over 18 insert 'over 18')

Occupation:  Police Constable

This statement (consisting of 2 page(s) each signed by me) is true to the best of my knowledge and belief and I make it knowing that, if it is tendered in evidence, I shall be liable to prosecution if I have wilfully stated in it anything which I know to be false, or do not believe to be true.

Signature:  *Gary Chant PC2893AW*  (witness)

Date: 25/11/2021

This statement relates to Assault on TWO (2) members of hotel staff, Theft of a TWO (2) mobile phones and Criminal Damage of the victims glasses and the hotel security radio.

I am PC CHANT 2893AW on FRIDAY 14th JANUARY 2022 I was on duty in full uniform and paraded from CHARING CROSS (CX) Police Station for Night shift. I was tasked to carry out patrols C/S AW 75N with PC2272AW.

At APPROX 22:25 HRS I responded to a call at GREAT SCOTLAND YARD HOTEL, 3-5 Great Scotland Yard, London, SW1A 2HN, CAD 7809/14JAN22 refers. Upon arriving at the scene we were met by a male I now know to be Mr IGNACZAK, the hotel security, and another male I now know to be Mr Abu HUSSAN, hotel manager. Both stated they had been assaulted by a male they had asked to leave and he was still up in his room. They both stated they wished to press charges. After receiving an account of what had happened. Mr IGNACZAK stated that the suspect was on his way down and was in the lift coming down to the lobby. We waited in front of the lifts for the male suspect, I now know to be Mr Glynn FOX.
We briefly spoke to Mr FOX and asked what had happened? Mr FOX stated words to the effect "that he was allowed to defend himself as the man had come into my room while I was naked and they tried to rape me. I am US citizen speak to my embassy." "You need to inform my embassy, I don't understand your English, I want an interpreter that speaks American English."

I stated words to the effect, "you are under arrest as allegations have been made that you assaulted TWO (2) members of staff. The necessity for the arrest is for a prompt and effective investigation, to prevent harm, prevent loss and to prevent disappearance. I must caution you, you do not have to say anything, but it may harm your defence, if you do not mention when questioned something that you later rely on in court, anything you do say, may be given in evidence." I asked Mr FOX to put both arms one above the other so I could place him in handcuffs in the front stack position.

My use of force, was Common Law, permits reasonable and proportionate force where necessary in self-defence or defence of another or to stop or prevent a breach of the peace.
Also Section 3 (1) Criminal Law Act 1967, States a person may use such force as is reasonable in the circumstances in the prevention of crime, or in effecting or assisting in the lawful arrest of offenders or suspected offenders or of persons unlawfully at large.
Also, Section 117 PACE, Where any provisions of this act: A) confers a power upon a constable and B) does not provide that the power may only be exercised with the consent of some person other than a police officer the officer may use reasonable force if necessary in the exercise of the power.

I called for cell space and requested a unit to take statements and gather the evidence, also a van to transport Mr FOX to CHARING CROSS-CUSTODY. Upon arrival of the van PC2679AW searched the bags belonging to Mr FOX under S.32 of PACE. While searching the security Guard, Mr IGNACZAK came down from the suspect's hotel room with the radio and stated that he had found this in the toilet. He also stated that he could not find his mobile phone. I borrowed a mobile and called it and Mr FOX's bag began to ring. PC2679AW located the ringing and found MR IGNACZAK's mobile phone, which was returned to him, along with the

10

Continued: **Devlise IGNACZAK**                                    34

I dont go to work and expect to be
assaulted I was polite to Laggs man
and he acted with such aggression
to Abu and I. I was really concerned
for Abu's safety and thought Laggs
man was going to hurt him badly.
I sent police pictures of my injuries/
the phone and that rate I will be
able to produce as my exhibits;
DI/01 - EYE INJURY PICTURE
DI/02 - LEFT SIDE OF FACE INJURY ALIVE
DI/03 - FACE AND NECK INJURY
DI/04 - LEFT ELBOW INJURY
DI/05 - WORK PHONE DAMAGE
DI/06 - DAMAGED RADIO PICTURE

The Radios that was damaged is worth
around £600. The work Phone is
working.
The whole incident lasted around a
minute of So. My visibility was ok the
lights were dimly on nothing was obstructing
my view. At the closest part

Signature: *Lynch*

Continued: **Devlise IGNACZAK**                                    35
of the closest. he was just was
drawn from me. I has never seen
Laggs man before. I think I would
recognise him again
I fully support the Metropolitan Police
in my prosecution and am willing to
attend Court if necessary. *Lynch*

Signature: *Lynch*

9

Continued: DARIUSZ IGNACZAK                                    40

I went back down to Police and
Said that I cannot find the phones or
my debit Card. I dialled my number
from a Colleagues phone and it
rang inside LARGE MALE's leather
bag the Police found both of the
phones and my debit Card Was in
his bag LARGE MALE accused me
of putting these items in his bag. LARGE
MALE was then taken away. I'm me
had permission to assault me, take
my stuff or damage my stuff.
This incident has left me feeling scared
I thought I was going to lose my eye
and not be able to see again

Signature: [signature]

List details of other officers/units in attendance (e.g. van driver, other escorting officers,
dog section, ARV, etc):

_____

_____

_____

_____

CHARGING/REPORTING NOTES                           61

PERSON 1

CHARGED/TOLD REPORTED        Time: _____ Date: _____
AND CAUTIONED —
                             Place: _____

OFFENCE(S) CHARGED/REPORTED:

_____

_____

PERSONS PRESENT: _____

REPLY: _____

_____

_____

_____

_____

RECORDED BY: _____

Continued: DARIUSZ IGNACZAK                    38

start to gouge my eye and pull it
with his finger I couldn't see and there
was blood running into my eye. I
take his hand away I went to
walk out of the room as I was walking
away I saw him punch ABU at least
once ABU fell to the bed and then
the floor ABU was trying to defend
himself. LARGE MALE was on top
of ABU or in front of him trying to hit
him and ABU was fending him off with
his legs I then got between the two.
during the process where LARGE MALE
took my eye gouged My jacket containing
my wallet, my phone my work phone
and debit card had been pulled off. I
grabbed ABU and we left the room. I
asked ABU to call the police while I
was checking my eye. I waited
by the front door for police to arrive
I'd like to add that as we were
in the lby ABU collapsed to the
floor for a few seconds. When the

Signature: X _____

Continued: DARIUSZ IGNACZAK              38

police arrived. I told them what had
happened. I had gone into the security
office to get my ID to show police I could
see LARGE MALE on the ground leaving
the room. I went and told the police
in the lobby that LARGE MALE was being
restrained by police. I said to police
that there was stuff that had fallen
off me in the room. I asked to
check ABU went to check the room
and could only find my jacket and
ABUs glasses which had been smashed.
I then went up to the room I had
a loose contact I got on the floor on
my hands and knees to search for the
lenses I could see the lenses of my
work phone in the shower room.
I searched everywhere eventually I tried
the toilet and could see that my work
radio had been put in the toilet and
was completely submerged and ruined.
I could not find my phone or my debit
card or the police work phone

Signature: X _____

7

Continued:                         DARIUSZ IGNACZAK            36

like "GIVE ME A FEW MINUTES
I'LL CALL YOU LATER" I asked for
him to tell me what was going on.
I was watching ABW on the Camera.
ABW explained to me that the Master
Card had been declined and that he
was in the room and wouldn't leave
and could I go and help him. I
called my manager and apprised him
of the situation. I went up to room
301 to assist ABW I knocked the
door and there was no reply. I
decided to let myself in using my
pass card to ask him to either pay
for the room with a different Card
or that he would have to leave.
When I opened the door I could not
see LARGE MALE the room smelt of
alcohol and I could see a bottle of wine
on the table and clothes strewn
across the floor. I walked towards the
bathroom and could see that LARGE
MALE was in the shower. I asked

                    Signature: X  [signature]

Continued:                  DARIUSZ IGNACZAK            37

so I couldn't see him in the
shower. I announced myself and said
Something like "Sir, I'm a Security Officer
in this Hotel, My colleague said there is
some issue with payment Can You Please
talk to us to solve this problem"
LARGE MALE was shouting something like
"You can't be in my room, I'm in
the shower, if You don't leave I
WILL FUCK YOU UP, I'll knock You out
Leave You fucking niggers" I
said "Sir there is no need to do
that" LARGE MALE opened the door
and came flying and and attacked
me hitting me 3-4 times round
the face. He was using both fists he
didn't seem to connect very well
I could taste blood in my mouth. I
tried to push him back and tried
to take him to the floor but he
was wet and I couldn't grab hold of him
as we were grappling I have felt him
put a finger into my right eye and

                    Signature: X  [signature]

6

Continued: DARIUSZ IGNACZAK                    36

Noted later he was wearing a long
Green Coat I think he had jeans on
the was carrying a leather bag which
was brown it had a strap I don't think
it was all leather he also was
carrying I think a dark green carrier
bag. For the purposes of this statement
I shall refer to him as LARGE MALE
He spoke with what I think was an
AMERICAN accent.
I shall also be referring to my
Colleague ABU.
The incident took place at GREAT
SCOTLAND YARD HOTEL. The assault
took place in room 353. The room
is fairly small the bed is on the
right hand side of the door. There
is an en-suite shower room at the
bottom of the bed - THE Hotel has
around 150 rooms. I have worked
for the hotel as a Security Team
Leader since it opened 2 and a half
years ago.

Signature:   X  _____

Continued: DARIUSZ IGNACZAK                    36

On FRIDAY 14TH JANUARY 2022 I
was at work when I noticed LARGE
MALE on the Hotel Camera system
he other caught my attention and
caught in keeping with the usual
Clientel of the hotel. I spoke to
my colleague ABU when I saw my Colleague
ABU talking to Large MALE who showed
him something not gave him some
ID or something. He showed me that
he was a genuine guest so I paid
no more attention to him. Around
10 minutes later I was aware
ABU was on the Top floors I then
heard him Say something over
the radio like " SORRY SIR YOUR CARD
HAS BEEN DECLINED " I could hear
Large male Aggressively Shouting and
Swearing at ABU. ABU was outside
the room for about 5 minutes. I
then radioed ABU to ask what
was going on. He said something

Signature:   X  _____

5

32

- If physical force and/or officer safety equipment was used during the incident/arrest, give a detailed description of the use (describe technique used) and the reasons for use. You must tell the custody officer and, if appropriate, consult the FME. State what first aid was given.
- If crime summons procedure was adopted rather than arrest, include reasons.
- Remember to produce your exhibits.

If you made or witnessed an arrest

- Record the words used to tell the person they were under arrest. The 'caution' is on page 2 (inside front cover).
  - Record the grounds.
  - Record the offence.
  - Record the necessity for arrest.
- Please remember to cover points to prove the offence for which arrested.

---

MERLIN PAC

Incidents/arrests involving a person under the age of 18

Is there a concern about the child/young person not achieving one or more of the 5 ECM key outcomes: Be Healthy; Stay Safe; Enjoy and Achieve; Making a positive contribution; Economic Well-being.

[ ] Yes        [ ] No – No further action necessary

[ ] MERLIN PAC Ref. No.

[ ] MERLIN PAC threshold not met – Action taken to address concerns recorded in notes

Supervisors: To ensure that where MERLIN threshold has been met a MERLIN PAC has been created.

33

---

WITNESS STATEMENT

CJ Act 1967, s.9; MC Act 1980, ss.5A(3)(a) and 5B; MC Rules 1981, r.70

Statement of    DARIUSZ   IGNACZYK

Age if under 18   O/18      (if over 18 insert 'over 18')

Occupation    SECURITY TEAM LEADER

This statement (consisting of   10   page(s) each signed by me) is true to the best of my knowledge and belief and I make it knowing that, if it is tendered in evidence, I shall be liable to prosecution if I have wilfully stated in it anything which I know to be false or do not believe to be true.

Date: 05/01/2022                    Time: O9:19 hrs

Signature: X _____

I wish to give a statement in relation to
an incident of assault, theft and criminal
damage that my colleagues and I were
victim of on 14th January 2022 at
approximately 09:00 hrs
In this statement I shall be referring to
the person responsible for this. I would
describe him as a white male aged
around 45-50 years old of large build.
He was around 175-180 cms tall.
I think he had dark hair worn in a
pony tail. During the assault he was

Signature: X _____

4

RESTRICTED (when complete)

MG11C

Continuation of Statement of: Mr abu HASSAN

giving MALE 1 a key without checking for proper payment, I never be in this situation before and I constantly think why has this happened and I have now lost my glasses.

Compensation for Glasses damaged pictured in AH/03

In the event of the conviction of the defendant/s I would request the opportunity to read my Victim Personal Statement out in person.

Witness Signature:

Signature Witnessed by:

RESTRICTED (when complete)

RESTRICTED (when complete)

MG11C

Continuation of Statement of: Mr abu HASSAN

MALE 1 then throws a punch towards DARRIUSZ and hits him and DARRIUSZ falls to the ground, I raise hands, open palms towards MALE 1 pleading for him to stop. MALE punches me in the face in my right eye with so much force that I fall back and land on the bed. Immediately I stand up, DARRIUSZ remains on the floor and MALE 1 hits me again him my head on my left temple with so much force that I fall and hit the floor, I remember my head hurting intensely after this. I remain on the floor and DARRIUS stands up saying to me lets go and call the police, MALE 1 continues to shout expletives aggressively towards us I cant remember exactly what he was saying at this point. Next Myself and DARRIUSZ both leave the room rapidly without looking back at MALE 1 and the room door closes behind us with MALE 1 remaining inside.

Next I dial 999 for police assistance and waited for police arrival. We both go down to the lobby to await police. DARRIUSZ goes to the CCTV room to watch the cameras to monitor the elevator and stairs for if MALE 1 decides to leave the hotel. DARRIUSZ comes to the hotel entrance and tells me MALE 1 is coming down the elevator now at this point police arrive and MALE 1 appears from the elevator and I see him get arrested by police.

I now go up to room 307 as I notice have lost my glasses and DARRIUSZ asked me to get his jacket and his work phone which he dropped in the room during the fight. I go up to the room and find my glasses broken which I had previously been wearing prior to MALE 1 fighting me, no body had permission to damage my glasses they are valued at £600 and are the brand Lacoste. I brought DARUOUSZ' jacket but his work phone was missing. DARRIUSZ went up to room 307 to look for his work phone and it was not there. While in room 307 DARRIUSZ also noticed that both of our security radios dropped during the fight were submerged in the room 307 toilet now destroyed I believe them to have been put there by MALE 1. Police who attended searched MALE 1 and found DARRIUSZ' work phone in his luggage. I had no further contact with MALE 1 after this.

I would say the incident in room 307 when myself an DARRIUSZ confronted MALE 1 lasted approximately 30 minutes. I was directly next to MALE 1 and had physical contact with him during the incident. The visibility was clear and the room was well lit and there  was no obstructions. I have never seen MALE 1 before today and I do not know him. I distinctly remember MALE 1 for having a beard and a large body. There is no errors or discrepancies in any first and subsequent accounts I have given to police in regards to this incident.

I would describe MALE 1 as white male, American accent, 175 cm tall, massive stocky build, dark short hair, unfriendly looking face, little beard, wearing a long coat jacket cream colour, long trousers.

PC ELLIS taken photos of my injures and my broken glasses. I exhibit the photo taken of my right eye as AH/01. I exhibit the photo taken of my left temple on my head as AH/02. I exhibit the photo of my broken glasses which were damaged during the incident as AH/03.

Victim/Witness Personal Statement

The Victim/Witness Personal Statement Scheme has been explained to me and the following is what I wish to say about this crime. The information provided relates to my personal view of how it has affected me.

I suffer physically form the pain from the injuries I have sustained by the hands of MALE 1 punching me. I feel my legs cant carry me and that I am under very high pressure and that I may now lose my job for that and for

Witness Signature:

Signature Witnessed by:

RESTRICTED (when complete)

RESTRICTED (when complete)                                    MG11

## STATEMENT OF WITNESS

*(Criminal Procedure Rules, r. 16.2; Criminal Justice Act 1967, s. 9)*

URN

Statement of: Mr abu HASSAN
Age if under 18: Over 18
Occupation: Hotel manager

This statement is true to the best of my knowledge and belief and I make it knowing that, if it is tendered in evidence, I shall be liable to prosecution if I have wilfully stated in it, anything which I know to be false, or do not believe to be true.

Signature:
Date: 15 Jan 2022

This statement refers to the day myself and my colleague Darrius were assaulted on shift at my place of work Great Scotland Yard Hotel by a male who entered the hotel.

The persons involved in this incident are myself, Security member Darrius ill referrer to his as DARRUISZ and an unknown male ill referrer to as MALE 1

This incident occurred at the Great Scotland Yard Hotel SW1A 2HN. This is a new hotel in Westminster which opened in 2019. The hotel was not busy at the time of the incident, there were very few people around.

On SATURDAY 15TH JANUARY 2022 at 2125 hours I was on shift in my position as hotel manager at Great Scotland Yard hotel. MALE 1 entered the hotel and approached me hotel reception desk. MALE 1 said to me I have luggage to collect from the hotel and preceded to hand me a valid luggage receipt to collect his luggage as he had previously dropped his luggage of at the hotel in the morning prior to his booked stay tomorrow. I retrieved MALE 1's luggage and gave it to him and he then says to me I have a room booked here for today, I looked in the system and saw he didn't have a booking for today but did have a booking for tomorrow. MALE 1 then says I need a booking for today and gives me a members card for the company and his visa credit card. After this I proceed to book him a room for today, the hotel system accepts the credit card and I give him to key to room 307. MALE 1 leaves the reception with his luggage and heads to his room.

Approximately 5 minutes later I noticed that MALE 1's credit card he had provided for payment had changed to declined by the hotel system. At this point I immediately head up to room 307 to inform MALE 1 he is required to correct his payment to continue his stay at the hotel or leave. I knock on the door 3 times with no response. MALE 1 then opens the door slightly and says what do you want? I inform his he needs to correct his payment, MALE 1 says "I don't have an card go away now, fuck off, fuck you." I responded I am not going to leave either you provide a card or you leave the hotel.
Immediately after MALE 1 closes the door and I audibly hear the locks on the door turn. I then radio security member DARRIUS to come and assist me. Approximately 3 minutes later DARRIUS arrives outside room 307.

I informed DARRIUSZ of the situation with MALE 1 that he is no longer permitted to stay at the hotel. We both decide to enter his room to confront him. We open the door and MALE 1 was in the bathroom inside the shower so myself and DARRIUSZ stand outside the shower so he saw us. MALE 1 was in the shower singing. MALE 1 sees he exits the shower and begins screaming at us, DARRIUSZ explains to him he needs to leave. MALE 1 responds by raising his voice loudly screaming "You are fucking son a bitch" becoming very aggressive. We try to deescalate the situation with MALE 1.

Signature:

Signature Witnessed by:

                                                    Page 1 of 3
                                          eStatement no: AW-1000514-2022

RESTRICTED (when complete)

1

CROWN PROSECUTION SERVICE

Regina
v
Glynn FOX

Pre Cons

# CROWN PROSECUTION SERVICE

Regina
v
Glynn FOX

## Streamlined Forensic Reports

# CROWN PROSECUTION SERVICE

Regina
v
Glynn FOX

## Transcripts ABE interviews

# LIST OF EXHIBITS

URN: 01CW0032622

Regina
v
Glynn FOX

| No | Exhibit Ref No | Description | Page |
|----|----------------|-------------|------|
|    |                |             |      |

PATIENT

B2-33

## Medical Recommendation Form (MRF)

| Name of prisoner | Mr Glynndeavin Fox | Name of Authoriser | Miss Gabriella Preutz |
|---|---|---|---|
| Number | A4442ET | Date form completed | 18 Feb 2022 |

| Tick box | Medical restrictions | Reason / Authoriser comments or instructions | Review date (if required) | Criteria under which MRF can be issued (see MRF SOP for additional information) | Who can authorise |
|---|---|---|---|---|---|
| | **Single Cell** *Please inform prisoner that single cell status will be reviewed regularly* | | | ✓ For colostomies, catheters, wheelchairs, CPAP and contagious diseases (see policy) <br> ✗ NOT for mental health unless I/reach agree. <br> ✗ NOT for risk to others which the prison assesses | GP <br> ANP <br> NMP |
| | **Remedial Gym** *Please inform prisoner that attendance at the gym will be reliant on prison officer availability* | | | ✓ Only when medically indicated (see policy) | GP <br> ANP |
| | **Bottom bunk** | | | ✓ Epilepsy: provide a seizure diary for monitoring <br> ✓ Incontinence <br> ✓ Impaired mobility | GP / NMP <br> ANP/ RN |
| X | **Diet** | Patient is diabetic therefore requires extra food particularly at breakfast due to treatment regime and diabetic pack. | | ✓ A medically indicated diet. <br> ✗ NOT for a life style choice such as veganism <br> ✗ NOT for lactose intolerance: lactose free breakfasts are available | (GP / NMP <br> ANP/ RN) |
| | **Location on 1's (ground floor)** | | | ✓ Frail, elderly <br> ✓ Impaired mobility | GP / NMP <br> ANP/ RN |
| | **Medical Equipment** | | | ✓ For a diagnosed medical condition eg CPAP | GP / NMP <br> ANP/ RN |
| | **Contact lens equipment** *Application to go to properly department who can authorise contact lens equipment being posted in* | | | ✓ For a prisoner that wears contact lenses | GP / NMP <br> ANP/ RN |
| | **Other** | | | | GP <br> ANP <br> NMP |

- Fans cannot be issued via a MRF (they may be used to recharge illicit mobile phones)
- Do not authorise own clothes. For dermatitis recommend non-biological washing powder
- The prison will not authorise a second mattress due to falls risk, but may replace old ones. Toppers are available to buy
- GP = General practitioner.  ANP = Advanced Nurse Practitioner.  NMP = Non-medical prescriber.  RN= Registered Nurse

| Signature | |
|---|---|

## MANDATORY DRUG TESTING CHAIN OF CUSTODY PROCEDURE

Prisoner Name: _FOX_

Prisoner Number: _A 4442 ET_

72392893

☑ **RANDOM TESTING PROGRAMME**
For tests conducted as a part of the MDT random programme (i.e. where prisoners have been selected by the random number generator)

☐ **NON-RANDOM TESTING PROGRAMME**
Tick box on tear-off section to indicate reason for test

Test Reference Number: _140322_

Checklist for sample collection - tick boxes as you proceed. Refer to guidance notes if in doubt.
1 ☑ Only **One** sample collection kit present.
2 ☑ Check identity of prisoner. Complete details above and in sample collection register.
3 ☑ Carry out search and handwashing procedures. (No soap).
4 ☑ Show the prisoner that the collection cup and bottles are empty.
5 ☑ Ask prisoner to provide enough urine to be split **equally** between the two sample bottles.
6 ☑ Take temperature using the temperature strip. If temperature is out of range (32-38C) (90-100F), make note in comment section and refer to guidance notes.
7 ☑ **Watched by prisoner,** transfer urine **equally** between the two bottles. Fill each **above 15ml line and below 30ml line. Press caps on securely.**
8 ☑ Ask prisoner to initial and date both bottle seals.
9 ☑ **Watched by prisoner,** place a seal over each bottle cap.
10 ☐ Dispose of any surplus urine and the cup.
11 ☑ Pack two bottles in mailing container and then in chain of custody bag - **Do not seal bag.**
12 ☐ Ask the prisoner to sign and date the Prisoner's Declaration below.
13 ☑ Complete Chain of Custody Report, tear off and place in chain of custody bag facing outwards.
14 ☑ Seal bag.
15 ☑ Place sealed bag in secure refrigerator until ready for dispatch to laboratory.
16 ☑ Allow prisoner to leave.

**Prisoner Declaration**
I confirm that
(i)  I understand why I was required to provide the sample and what may happen if I fail to comply with this requirement;
(ii)  the urine sample I have given was my own and freshly provided;
(iii)  the sample was divided into two bottles and sealed in my presence with seals initialled and dated by me.
(iv)  the seals used on these bottles carry a barcode identical to the barcode on this form.

Signature of prisoner _____   Date _3/3/22_

## MANDATORY DRUG TEST AUTHORISATION FORM

**Prisoner Name** _____FOX_____          **Prisoner Number** ___A4442ET___

**Test Reference Number**
*(For allocation when sample is collected)*

1403 22

1. The governor has authorised that in accordance with Section 16A of the Prison Act 1952 any prisoner may be required by a prison officer or prison custody officer to provide a sample of urine for the purposes of testing for the presence of a controlled drug or specified drug.

2. You are now required under the terms of Section 16A to provide a fresh and unadulterated sample of urine for testing for the presence of controlled drugs or specified drugs.

3. Authority for the requirement was given by: **Name** ___BARRETT___   **Position** ___NO 1 GOV___

4. Reason for requirement: (only one box to be ticked)

   ☑ **Random test:** You have been selected for this test on a strictly random basis.

   **Non Random**

   ☐ **Reasonable suspicion:** You have been selected for this test because staff have reason to believe that you have misused drugs.

   ☐ **Risk assessment:** You have been selected for this test because you are being considered for a privilege, or a job where a high degree of trust is to be given to you.

   ☐ **Frequent test programme:** You have been selected for more frequent testing because of your previous history of drug misuse.

   ☐ **On reception:** You have been selected for testing on reception.

5. The procedures used during the collection and testing of the sample have been designed to protect you and to ensure that there are no mistakes in the handling of your sample. At the end of the collection procedure you will be asked to sign a statement confirming that the urine sealed in the sample bottles for testing is fresh and your own.

6. Your sample will be spilt at the point of collection into separate containers which will be sealed in your presence. In the event of you disputing any positive test result, one of these containers will be available for a period of up to 9 months, for you to arrange as soon as possible, if you so wish, for an independent analysis to be undertaken at your own expense.

7. You will be liable to be placed on report if you:

   (a) provide a positive sample;
   (b) refuse to provide a sample;
   (c) fail to provide a sample after 4 hours of the order to do so (or after 5 hours if the officer believes that you are experiencing real difficulty in providing a sample); or
   (d) provide an adulterated or spoiled sample.

**Consent to Medical disclosure**

* (i) During the past 30 days I have not used any medication issued to me by Health Care.

* (ii) During the past 30 days I have used medication issued to me by Health Care. I understand that some medication issued by Health Care may affect the result of the test. I give my consent to the Medical Officer to provide details of this treatment to the prison authorities. In the absence of medical disclosure, positive tests will be presumed to be due to illicit use of drugs.

**Signature of Prisoner:** _____          **Date:** 3/3/22

(* Delete as appropriate)                                              ABTL0165 Ed.2a

**From:** Find a Prisoner [NOMS]
**Sent:** 28 February 2022 14:56
**To:** OMU, Wandsworth [HMPS]
**Subject:** Find a Prisoner - Our ref:1502/Glynndeavin V Fox(S)

**Follow Up Flag:** Follow up
**Flag Status:** Completed

OFFICIAL SENSITIVE

**Please note process change – the prison now e-mail approved responses direct to the enquirer**

Dear Colleague,

We have received a location enquiry to the Find a Prisoner Service.

Before the enquiry is passed to the prisoner to give his/her consent for disclosure of the prisoner number and location, you must ensure that the prisoner is permitted contact with the enquirer.

Kind regards,

HM Prison &
Probation Service

Sophie
Find a Prisoner Service
Family Services
Directorate of Central Operational Services
HM Prison and Probation Service
FindaPrisoner@justice.gov.uk

Preventing victims by changing lives

**Our Ref.: 1502/Glynndeavin V Fox(S)**
**Disclosure of information about:Glynn Fox**
**CNOMIS NUMBER: A4442ET**
**Enquirer: Teresa F Gore**    " R P T V "
**Reason:Mother wishes to locate**

The above enquirer has requested information on the location and prisoner number for the above prisoner. Please arrange for them to be called up for their decision on this disclosure. If the prisoner is unwilling to agree, they can supply details of the solicitor acting on their behalf.

1. **If consent is given please e-mail the enquirer direct at:  Teresa Gore**
    teresag@gtindustrial.net

    **If you wish you can complete the return *form below**

1

copy the response to **FindaPrisoner@justice.gov.uk**

2. **If consent is not given or the prisoner only wants to supply their Solicitor's details, please reply to FindaPrisoner@justice.gov.uk**

The decision should be returned by replying to this e-mail within **7 calendar days**, to assist HMPPS in issuing a response under the 2018 Data Protection Act.

**NB - we no longer accept hard copy responses via post.**

*Find a Prisoner Enquiry

Prisoner location details you requested:

Prisoner's Name: *Glynd Jonavan Yat fox (Glynd Fox)*
Prison number: *A4442 kT*
Prison: *Hmp Wandsworth*

Send money to a prisoner online at:
https://www.gov.uk/send-prisoner-money ✓
Book a visit online at:
https://www.gov.uk/prison-visits
You may be able to get help towards your prison visit costs, check online at:
https://www.gov.uk/help-with-prison-visits
The Prisoners' Families Helpline can answer your questions about imprisonment:
https://www.prisonadvice.org.uk/families-helpline

B2-33

# Laundry Return Slip

Returned due to being over 6kg..................................................................

No name/Number/Location......................................................................

Clothing/Form are not identical........✓..........................................

Unauthorised Prison clothing found in wash bag.............................

Contaminated Items.................................................................................

Other. LISTED  1 DRESSING GOWN  — NOT IN BAG
       "   1 JEANS              — NOT IN BAG
       "   1 SHORTS            — NOT IN BAG

Number/ Name/Location. FOX A4442ET B2-33 ......................

Tag number.................................................................................

Return tag number. 7631545 ...............................................

Instructor/ Name/Date. (ML) 3|3|22 .................................

ALL PRISON CLOTHING IN BAG

NO PERSONAL ITEMS



*Embassy of the United States of America*

American Citizen Services
33 Nine Elms Lane
London, SW11 7US

25 February 22

Mr. Glynndeavin Fox #A4442ET
HMP Wandsworth
Heathfield Road
London
SW18 3HU

Dear Mr. Fox:

**Re: Privacy Act Waiver Form (PAW)**

The U.S. Embassy has recently been informed of your detention by UK authorities at HMP Wandsworth.

We would be grateful if you can complete, sign and return the enclosed Privacy Act Waiver (PAW) form back to us. This will give us permission to speak and share information about your case with any person or organization that you wish to list.

Please note that your mother Theresa Gore has contacted the Embassy to ask about you, but we are unable to disclose any information without your written consent. You may wish to add her onto the Privacy Act Waiver form.

Yours sincerely,

United States Embassy
Special Consular Services
33 Nine Elms Lane
London UK
SW11 7US

Special Consular Services

American citizens are strongly encouraged to register their contact details with the Embassy by visiting http://travelregistration.state.gov so that they may be contacted in the event of an emergency or disaster.

SENSITIVE BUT UNCLASSIFIED

B2 33



Negative.

NEGATIVE

## MANDATORY DRUG TESTING CHAIN OF CUSTODY PROCEDURE

Prisoner Name: _____ FOX _____

Prisoner Number: _____ A4442ET _____

**72392893**

| ☑ **RANDOM TESTING PROGRAMME** For tests conducted as a part of the MDT random programme (i.e. where prisoners have been selected by the random number generator) | ☐ **NON-RANDOM TESTING PROGRAMME** Tick box on tear-off section to indicate reason for test | Test Reference Number: 140322 |
|---|---|---|

Checklist for sample collection - tick boxes as you proceed. Refer to guidance notes if in doubt.

1 ☐ Only **One** sample collection kit present.
2 ☐ Check identity of prisoner. Complete details above and in sample collection register.
3 ☑ Carry out search and handwashing procedures. (No soap.)
4 ☑ Show the prisoner that the collection cup and bottles are empty.
5 ☑ Ask prisoner to provide enough urine to be split **equally** between the two sample bottles.
6 ☑ Take temperature using the temperature strip. If temperature is out of range (32-38C) (90-100F), make note in comment section and refer to guidance notes.
7 ☑ **Watched by prisoner,** transfer urine **equally** between the two bottles. Fill each **above 15ml line and below 30ml line. Press caps on securely.**
8 ☑ Ask prisoner to initial and date both bottle seals.
9 ☑ **Watched by prisoner,** place a seal over each bottle cap.
10 ☑ Dispose of any surplus urine and the cup.
11 ☐ Pack two bottles in mailing container and then in chain of custody bag - **Do not seal bag.**
12 ☐ Ask the prisoner to sign and date the Prisoner's Declaration below.
13 ☐ Complete Chain of Custody Report, tear off and place in chain of custody bag facing outwards.
14 ☑ Seal bag.
15 ☑ Place sealed bag in secure refrigerator until ready for dispatch to laboratory.
16 ☑ Allow prisoner to leave.

**Prisoner Declaration**
I confirm that
(i) I understand why I was required to provide the sample and what may happen if I fail to comply with this requirement;
(ii) the urine sample I have given was my own and freshly provided;
(iii) the sample was divided into two bottles and sealed in my presence with seals initialled and dated by me.
(iv) the seals used on these bottles carry a barcode identical to the barcode on this form.

Signature of prisoner _____  Date 3/3/22

*(Tear off along perforation)*

Stamp/write Prison Code here:

WWI

# RANDOM ☑    # NON-RANDOM ☐

If non-random Reason for test:
Suspicion ☐   Frequent ☐   Reception ☐   Risk ☐

**72392893**

Prisoner Details: (Tick ONE box in each of the five categories)

**1. SEX** M ☑ F ☐    **2. AGE** Under 18 ☐ 18- 21 ☐ 22- 26 ☐ 27- 30 ☐ 31 - 40 ☐ 41- 50 ☑ 50+ ☐ Unknown ☐

**3. ETHNIC CODE*** W1 ☐ W2 ☐ W9 ☑ M1 ☐ M2 ☐ M3 ☐ M9 ☐ A1 ☐ A2 ☐ A3 ☐ A9 ☐ B1 ☐ B2 ☐ B9 ☐ O1 ☐ O9 ☐ NS ☐

**4. RELIGION** Christian ☑ Muslim ☐ Buddhist ☐ No Religion ☐ Other ☐ Unknown ☐ **5. DISABILITY**** Disabled ☐ Not Disabled ☐ Unknown ☐

**Collector Comments:** _____

I confirm that the enclosed sample, bearing the Barcode identified above, was collected in accordance with the sample collection procedures agreed between National Offender Management Service and the laboratory.

Signature of Collector: _____   Print Name _____ WEBSTER _____

Sample collected on Date: _____ 3 dd 3 mm yyyy 22 _____   Time Collected (24 hrs.) 08 hh 29 mm

For laboratory use only:   Name: _____

*W1: British. W2: Irish. W9: Any Other White Background. M1: White & Black Caribbean, M2: White & Black African, M... ...sian. M9: Any Other Mixed Background. A1: Indian. A2: Pakistani. A3. Bangladeshi, A9: Any Other Asian Background. B1: Caribbean. B2: African. B9: Any Other Black Background. O1: Chinese. O9: Any Other. NS: Not S... **As defined by the Disability Act.

COPY 2

J.K. PRISON COC

HM Prison &
Probation Service

**FORM COMP 1A - PRISONER'S APPEAL AGAINST THE RESPONSE TO A FORMAL COMPLAINT**

Establishment: WWI                    Serial Number: 577/2022

## *Before using this form please read these points*

- This form is for you to appeal against the response to the written complaint that you made
- Say clearly why you are not happy with the response from us
- When you have completed the form post it in the box provided
- If you are still not satisfied, you can send your complaint to the PPO (Prisons and Probation Ombudsman)

---

**Your Details (please use BLOCK CAPITALS):**

First name(s): GlySN                    Surname: Fox

Prison Number: A4442ET                  Wing: B2-38

Original Complaint Serial Number:       Today's Date: 9th of March 2022

I agree that HMPPS may disclose this complaint and any related material to the PPO and that the PPO can process the personal information contained in this complaint for the purposes of investigating my complaint YES / NO

Signed by Prisoner:

---

✂ ----------------- Please Cut This Out & Hand to The Prisoner -----------------

**SERIAL NUMBER:**

Prisoner Name: FOX                      Prison Number: A4442ET        577/202

We have received your complaint dated.....................which will now be dealt with by the team named below. You will receive a response on the date given.

Team: A+B Residence                     Date for Response: 18/04/2022

In some cases your complaint may not be easy enough to resolve in the time given or may need referring to another member of staff. When this happens you will get an interim response before the date above, which will let you know why there has been a delay and name the person the complaint has been referred to.

VF012A

**Appeal: why aren't you happy with the response to your complaint?**



Back of detachable slip

VF012A

**Response to complaint:**

When a member of staff responds to a complaint they need to ensure that these points are addressed:

- **Voice:** Giving people a chance to present their side of the story and sincerely consider and account for this in decision-making.
- **Neutrality:** being transparent and open about how the rules are applied, explaining decisions and showing decision making to be principled and unbiased.
- **Respect:** Treat people with respect, taking their issues seriously, being polite, and respecting their rights.
- **Trustworthy motives:** Being sincere and caring, honest about motives, listening and taking issues seriously, and trying to do what is best for everyone.

**\*Staff must complete this section if an Interim Response is required\***

**Reason Interim Response is required:**

Mr Fox,

i think your complaint is supplying info about a previous complaint , which i haven't seen yet .
i will get hold of your original complaint and marry the two up and come back with an answer for you

**Response to complaint:**

**From:** grogan          **Position:** cm          **Dated:** 11/4/22

VF011A

**What Will Happen Because Of This Complaint:**

**Signed by Staff Member:**                    **PRINT NAME**

VF011A



Solicitors Letter Rule 39 Applies

DONATE NOW AT
DEC.ORG.UK

UKRAINE
HUMANITARIAN
APPEAL

Royal Mail
Mount Pleasant
Mail Centre
30-03-2022

- 1 APR 2022

KR - 06

Dalton Holmes Gray Solicitors
7A D'Arblay Street
London, W1F 8DF
DX: 37237 Piccadilly
Tel: 020 7 025 7878 / Fax: 020 7 025 7877

# PRISONER'S PROPERTY RECORD



A4442ET - FOX - 13/10/1977

| Prison Number | A 4442ET | Surname | FOX | Forenames | GLYNN |
|---|---|---|---|---|---|

| Establishment | MW |
|---|---|
| Date | 19.1.22 |
| Status | Rx |
| Property Box | 451 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|

| | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|

| Establishment | |
|---|---|
| Date | |
| Status | |
| Property Box | |

E3.14

## Cashier's Acknowledgement of Receipt of Valuable Property

| Date | Seal Number | Signature / Print Name | Date | Seal Number | Signature / Print Name |
|---|---|---|---|---|---|
| 19/01/22 | A-0817890 | A. Tomlinson | | | |

## Reception Certificate (Acceptance of property disclaimer overleaf)

| Rec | Prisoner's Signature | Officer's Signature | Print Name | Rec | Prisoner's Signature | Officer's Signature | Print Name |
|---|---|---|---|---|---|---|---|
| 1 | G RTS | | | 7 | | | |
| 2 | | | | 8 | | | |
| 3 | | | | 9 | | | |
| 4 | | | | 10 | | | |
| 5 | | | | 11 | | | |
| 6 | | | | 12 | | | |

**Changes to Property Status (Destroyed/HDC/Posted Out)**

| Date | Ref No | Officer's Signature / Print Name | Prisoner's Signature | Date | Ref No | Officer's Signature / Print Name | Prisoner's Signature |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## Management Audit Checks

| Items Checked | Y | N | Action Required | | Action Taken By: | |
|---|---|---|---|---|---|---|
| | | | | Manager's Signature | | Officer's Signature |
| 1 Card Only | | | | | | |
| 2 In Possession Property | | | | Print Name | | Print Name |
| 3 Stored Property | | | | | | |
| 4 Stored Valuable Property | | | | Date | | Date |
| 5 Property Bags/Seals Only | | | | | | |

| Items Checked | Y | N | Action Required | | Action Taken By: | |
|---|---|---|---|---|---|---|
| | | | | Manager's Signature | | Officer's Signature |
| 1 Card Only | | | | | | |
| 2 In Possession Property | | | | Print Name | | Print Name |
| 3 Stored Property | | | | | | |
| 4 Stored Valuable Property | | | | Date | | Date |
| 5 Property Bags/Seals Only | | | | | | |



**HM PRISON SERVICE**

## STORED PROPERTY

| Bag number Seal number | Prisoner's signature | Officer's signature Print name | Type of search D | V | X | Date of search | Searcher's signature Print name |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 7360819 | ^ RSS | Ormsby | | | | | Gould |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 2817890 | ^ RSS | Ormsby | | | | | Gould |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| COLOUR CODES | | | | | JEWELLERY ONLY | TYPES OF SEARCH CODES | | SEARCHING |
|---|---|---|---|---|---|---|---|---|
| BE-BLUE | CK-CHECK | GN-GREEN | PE-PURPLE | SR-SILVER | YM- YELLOW METAL | D | DOG SEARCH | THE PRISON SERVICE DEPENDS ON *YOU* TO DO IT RIGHT EVERY TIME |
| BK-BLACK | CM-CREAM | GY-GREY | PK-PINK | TN-TARTAN | | V | VISUAL SEARCH | |
| BN-BROWN | FN-FAWN | OE-ORANGE | RD-RED | WE-WHITE | WM- WHITE METAL | X | X-RAY SEARCH | |
| BY-BURGUNDY | GD-GOLD | M/C-MULTICOLOURED | | YW-YELLOW | | | | |

| Sheet Ref. | Prison | | | Initials |
| --- | --- | --- | --- | --- |
| SP | number | | | |



A4442ET - FOX - 13/10/1977

| Ref No. | Date | Rec. code | Qty SP | Qty SV | | | Status change Date |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 17/1/22 | R | ✓ | | BE | Jeans (Ripped ) | |
| 2 | | | ✓ | | BK | Long Jons | |
| 3 | | | 1 | | BE | Boots | |
| 4 | | | 1 | | BK | T-Shirt | |
| 5 | | | 1 | | BN | Jacket | |
| 6 | | | 1 | | GN | Fleece | |
| 7 | | | 1 | | BN | Belt | |
| 8 | | | 1 | | MC | Camo Bag & Rucksack | |
| 9 | 19/01/22 | Rec | | 2 | MC | Bank Cards | |
| 10 | | | | 1 | MC | Social Security Card | |
| 11 | | | | 1 | MC | International Drivers Licence | |
| 12 | | | | 2 | WM | Cufflinks | |
| 13 | | | | 9 | MC | Prepaid Cards | |
| 14 | | | | 1 | MC | Sunglasses | |
| 15 | | | | 1 | NE | Envelope | |
| 16 | | | | | | | |
| 17 | | | | | | | |

RECEIPT / TRANSACTION / STATUS CODES

| D | Destroyed | HOOV | Handed out on visit | P | Post | SP | Stored property |
| --- | --- | --- | --- | --- | --- | --- | --- |
| HIOV | Handed in on visit | IP | In possession | PS | Prison shop | SVP | Stored valuable property |
| HOAC | Handed out at court | LBP | Lost by prisoner | REC | First / subsequent reception | O | Other (please explain) |

A4442ET - FOX - 13/10/1977

| Sheet ref. IPC | Prison Number | | Surname | | | Initials |
|---|---|---|---|---|---|---|

| Ref. no. | Date | Rec. Code | Qty. | Colour | | | Status Change |
| | | | | | | | Date |
|---|---|---|---|---|---|---|---|
| 1 | 17/1/22 | R | 1 | BE | Shirt | | |
| 2 | | | 1 | BE | Slippers | | |
| 3 | | | 1 | GY | Longsleeve T-Shirt | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |

RECEIPT/TRANSACTION/STATUS CODES

| D | DESTROYED | HOOV | HANDED OUT ON VISIT | P | POST | SP | STORED PROPERTY |
|---|---|---|---|---|---|---|---|
| HIOV | HANDED IN ON VISIT | IP | IN POSSESSION | PS | PRISON SHOP | SVP | STORED VALUABLE PROPERTY |
| HOAC | HANDED OUT AT COURT | LBP | LOST BY PRISONER | REC | FIRST/SUBSEQUENT RECEPTION | O | OTHER (please explain) |

**In Possession Property - Clothing Only (includes footwear)**



HM PRISON SERVICE
Public Sector Prisons

| Prisoner's Signature | Officer's Signature / Print Name | Type of Search | | | Date of Search | Searcher's Signature / Print Name |
|---|---|---|---|---|---|---|
| | | D | V | X | | |
| ℓ RTS | Ordins | | | | | Gould |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| COLOUR CODES: | | | | | JEWELLERY ONLY | | TYPE OF SEARCH CODES: | | SEARCHING |
|---|---|---|---|---|---|---|---|---|---|
| BE - BLUE | CK - CHECK | GN - GREEN | | SR - SILVER | YM - YELLOW METAL | | D | DOG SEARCH | THE PRISON SERVICE DEPENDS ON **YOU** TO DO IT RIGHT EVERY TIME |
| BK - BLACK | CM - CREAM | GY - GREY | PE - PURPLE | TN - TARTAN | | | V | VISUAL SEARCH | |
| BN - BROWN | FN - FAWN | M/C - MULTICOLOURED | PK - PINK | WE - WHITE | WM - WHITE METAL | | X | X-RAY SEARCH | |
| BY - BURGUNDY | GD - GOLD | OE - ORANGE | RD - RED | YW - YELLOW | | | | | |



**TUCKERS
SOLICITORS**

UNIT 150, CAMBERWELL BUSINESS CENTRE,
99-103 LOMOND GROVE, LONDON, SE5 7HN
☎ 020 7703 5324 FAX: 020 77055739

3ᴿᴰ WARREN STREET LONDON W1T 6AF
☎ 020 73888333 FAX: 0845 3307268

OUR REF:    FOX10099/00002/CALDERBANKR

YOUR REF:

DATE:    04 February 2022

REPLY TO:  London Camberwell

**Solicitors Letter - Rule 39 Applies**
Glynn Fox - A4442ET
HMP Wandsworth
PO Box 757
Heathfield Road
Wandsworth
London
SW18 3HS
**FIRST CLASS**

Dear Glynn

RE:    Your Case
       Southwark Crown Court
       Next Date of Attendance: 14/02/2022 at 10:00

I write regarding the above matter.

Thank you for returning the legal aid forms, however we have to explain to the LAA how you supported yourself prior to being remanded and this was not stated.

There was mention at the police station when you were arrested that you received financial assistance from the US Government - is this correct and if so how much a month did you receive £............. ~~21/10~~

If no to the above please explain how you supported yourself prior to being remanded into custody *I recieve regular sum payments from the U.S. Government, Not Bail sums from a paid Stelity, and You Could have to request that release from The U.S. Goverment at The Embassy I Lacked U.C. With proper form, I do not recieve at regular sum from the street or South Carolina though S.C. medicin's*

We did ask the solicitor dealing with your case Carol Kehoe to ask you on the video conference that was arranged for the 4th February, however you declined to attend on the visit so have been unable to obtain information this way.

Finally if you have decided that you do not wish for our assistance at court on the above date please confirm here YES/NO or call the office on 0161 233 4321 confirming.

Yours sincerely

"TUCKERS SOLICITORS" IS A TRADING NAME OF TUCKERS SOLICITORS LLP, A COMPANY AUTHORISED AND REGULATED BY
THE SOLICITORS REGULATION AUTHORITY No 592449 AND REGISTERED IN ENGLAND AND WALES (REGISTERED NUMBER OC382272)
WE USE THE WORD "PARTNER" TO REFER TO A MEMBER OF THE LLP, OR AN EMPLOYEE OR CONSULTANT WITH EQUIVALENT STANDING AND QUALIFICATIONS
SERVICE IS NOT ACCEPTED BY E-MAIL OR FAX

Roseanne Yates
Tuckers Solicitors LLP
ENC - FIRST CLASS SAE



OUR REF:   FOX10099/00002/KEHOEC          DATE:      26 January 2022

YOUR REF:                                 REPLY TO:  London Camberwell

**Solicitors Letter - Rule 39 Applies**
Glynn Fox - A4442ET
HMP Wandsworth
PO Box 757
Heathfield Road
Wandsworth
London
SW18 3HS

Dear Glynn

RE:    Your Case
       Southwark Crown Court
       Next Date of Attendance: 14/02/2022 at 10:00

I refer to your above case which is listed for pleas on the above date.

I am the Solicitor here at Tuckers allocated to be responsible for the preparation of your case up until it concludes. I have booked a legal visit to speak to you next Friday 4th February 2022 at 9am , it will be online as those visits are faster and easier to arrange at present. In the meantime I enclose the initial IDPC bundle for your information plus the statements served so far for you to consider before our meeting next week. These are the only statements uploaded and served on us as of today's date.

Yours sincerely

Carol Kehoe
Tuckers Solicitors LLP
ENC IDPC bundle
Hossen
Ignaczak
Chant

WWW.TUCKERSSOLICITORS.COM

"TUCKERS SOLICITORS" IS A TRADING NAME OF TUCKERS SOLICITORS LLP, A COMPANY AUTHORISED AND REGULATED BY
THE SOLICITORS REGULATION AUTHORITY NO 592449 AND REGISTERED IN ENGLAND AND WALES (REGISTERED NUMBER OC382277)
WE USE THE WORD "PARTNER" TO REFER TO A MEMBER OF THE LLP, OR AN EMPLOYEE OR CONSULTANT WITH EQUIVALENT STANDING AND QUALIFICATIONS
SERVICE IS NOT ACCEPTED BY E-MAIL OR FAX

Deauin,
  I haven't been able
to contact you.
  I received your letter
January 22nd that
you sent January 2nd
  I could only make
out part of it. I was
able to make out
part of the address
where you are located.
If you can print it
when you write me,
I can read it, because
I can see + understand
what you're asking me
to do.
  Cameron received 2
letters from you +
he could make out
some of the words.
  I understand you're in
immigration hold. write
back so I will know
what to do.

I have spoken with the Embassy and they are suppose to visit you.

I cannot find out about anything regarding you, until you give them permission. You have to sign a paper allowing them to talk to me. I called them because I had not heard from you since Jan. 13th. I was very worried.

I hope to hear from you or the Embassy soon.

I Love you and I hope you are well.

Love,
Mom

US Embassy
33 Nine Elms Lane
London
SW11 7US

Mr. GLYNNDRAVIN FOX
# A4442ET
HMP WANDSWORTH
HEATHFIELD ROAD
LONDON
SW18 3HU

B2-33

4 MAR 2022

**Delivered by**

Royal Mail

**01-03-22**
£0.47   P865767769



**2**
Letter

RETURN ADDRESS

United States Embassy
Special Consular Services
33 Nine Elms Lane
London UK
SW11 7US



Teresa Gore
846 Royle Rd
Ladson, SC, 29456

B2-33

HMP Wandsworth
(mmg) P; To : A442RT
CMS unit : 29982
Glynn ; Fox
PO Box 757 Heathfield Rd.
Wandsworth, London, SW18 3HU



RECEIVED
14 MAR 2022
BY:

